**Mark J. Werksman, Esq. (State Bar No. 120767)**
**WERKSMAN JACKSON & QUINN LLP**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanjackson.com**

**Attorneys for Defendant**
**GARY GOULIN**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>GARY GOULIN,<br><br>  Defendant | CASE NO.: 22-CR-00476-MEMF<br><br>*EX PARTE* APPLICATION TO ALLOW DEFENDANT GARY GOULIN TO TRAVEL TO WASHINGTON, D.C.; [PROPOSED] ORDER |

Defendant Gary Goulin, by and through his counsel, Mark J. Werksman, hereby applies *Ex Parte* to be allowed to travel to Washington, D.C. for the funeral of his husband's sister who has terminal metastatic uterine cancer and may pass at any time. This request is being made in advance, as the family is Jewish and funerals for the deceased must be conducted within 48 hours of their passing.

All other terms of Mr. Goulin's pre-trial release shall remain intact with the exception of a curfew. However, Mr. Goulin shall continue electronic monitoring with an ankle bracelet while traveling, provide 24 hours-notice with a complete itinerary to pre-trial services prior to departure, and report to pre-trial services within 24 hours of his return to Los Angeles.

/ / /

Assistant United States Attorney Sarah Lee does not object to his request. Pre-trial Services Officers Ileen Rodriguez and Gregory Kwon do not object to this request.

Dated:  March 28, 2023						Werksman Jackson & Quinn LLP

							By: _____
							       Mark J. Werksman
							       Attorney for Defendant
							       Gary Goulin

# DECLARATION OF MARK J. WERKSMAN

I, Mark J. Werksman, declare as follows:

1. I am counsel of record for defendant Gary Goulin in the case of *United States v. Gary Goulin,* Case Number: 22-CR-00476-MEMF;

2. The facts contained within this Application are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2023, at Los Angeles, California.

_____
Mark J. Werksman
Declarant