**Mark J. Werksman, Esq. (State Bar No. 120767)**
**WERKSMAN JACKSON & QUINN LLP**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanjackson.com**

**Attorneys for Defendant**
**GARY GOULIN**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY GOULIN,<br><br>    Defendant | CASE NO.: 22-CR-00476-MEMF<br><br>*EX PARTE* APPLICATION TO ALLOW DEFENDANT GARY GOULIN TO TRAVEL TO MINNESOTA; [PROPOSED] ORDER |

Defendant Gary Goulin, by and through his counsel, Mark J. Werksman, hereby applies *Ex Parte* to be allowed to travel to Minneapolis and Rochester, Minnesota.

1.   Dr. Goulin would travel from Los Angeles, California on September 30 through October 10, 2023 to Minneapolis, Minnesota and Rochester, Minnesota to be present for his 84-year-old mother's scheduled surgery at the Mayo Clinic in Rochester, Minnesota, to correct her achalasia, a disorder of the esophagus and to provide post-operative care for her for several days afterwards;

2.   Dr. Goulin will be staying with family in Minneapolis, Minnesota and will travel between a hotel in Minneapolis and the Mayo Clinic in Rochester, Minnesota, during this time period;

1

3. All other terms of Mr. Goulin's pre-trial release shall remain intact, including observing curfew restrictions and electronic monitoring;

4. Dr. Goulin shall provide 24-hour advance notice to Pre-trial Services with a complete itinerary prior to departure, and report to Pre-trial Services within 48 hours of his return to Los Angeles;

5. Dr. Goulin has fully complied with all terms and conditions of his release to date.

The government does not object to this request. Pre-trial Services Officer Ileen Rodriguez does not object to this request.

Dated:  August 3, 2023                                                Werksman Jackson & Quinn LLP

By: _____
Mark J. Werksman
Attorney for Defendant
Gary Goulin

# DECLARATION OF MARK J. WERKSMAN

I, Mark J. Werksman, declare as follows:

1. I am counsel of record for defendant Gary Goulin in the case of *United States v. Gary Goulin,* Case Number: 22-CR-00476-MEMF;

2. The facts contained within this Application are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August, 2023, at Los Angeles, California.

_____
Mark J. Werksman
Declarant