# EXHIBIT B
# JOB APPLICATIONS

# JOB APPLICATION TRACKER

| | POSITION 1 | POSITION 2 | POSITION 5 | POSITION 6 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Apple, Inc | Tanenbaum Chiropractic | | NFC Amenity Management |
| Company website | https://tinyurl.com/muu3n79c | | | |
| Location | Culver City, CA | Beverly Hills, CA | Remote | West Hollywood, CA |
| **POSITION DETAILS** | | | | |
| Job title | Apple Part Time Reseller Specialist | Part-time Chiropractic Back Office Position | Website Chat Assistant | Front Desk Associate |
| Job description link | https://tinyurl.com/ycxbt5hz | https://tinyurl.com/2p8hhmv5 | https://tinyurl.com/bdek88yn | https://tinyurl.com/4hxrhefp |
| Full Time/Part Time | Part Time (24 hrs/week) | Part Time | Full Time, Part Time | Part Time |
| Salary/rate | $19/hr | $19/hr | $1200 - 2500/week | $19-20/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/4/22 | 1/5/22 | 1/9/22 | 1/15/22 |

| | POSITION 7 | POSITION 8 | POSITION 9 |
|---|---|---|---|
| **COMPANY INFORMATION** | | | |
| Company name | Brookshire Resources Inc | Dallas Independent School District | DHATCH |
| Company website | | | |
| Location | Los Angeles, CA | Remote | Remote |
| **POSITION DETAILS** | | | |
| Job title | Personal Assistant | Administrative Assistant I | Remote Website Text Editor, Quality Control Specialist |
| Job description link | https://tinyurl.com/3sa6htxc | https://tinyurl.com/f27vdj2e | https://tinyurl.com/mxw7jbvk |
| Full Time/Part Time | Full Time | Full Time, Part Time, Temporary | Part Time, Contract, Internship |
| Salary/rate | $50,000-75,000/year | $800-1100/week | |
| **APPLICATION STATUS** | | | |
| Application submission date | 1/15/22 | 1/15/22 | 1/15/22 |

| | POSITION 12 | POSITION 14 | POSITION 15 | POSITION 16 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Shin Imaging | Glenmore Park Dental | TF Partners Inc. | 911 Covid Testing |
| Company website | | | | |
| Location | Los Angeles, CA | Los Angeles, CA | Remote | Santa Monica, CA |
| **POSITION DETAILS** | | | | |
| Job title | Medical Records | Virtual Customer Service Assistant | Hiring Coordinator | Covid 19 Technician |
| Job description link | https://tinyurl.com/mswkshuw | https://tinyurl.com/mpp5pn5f | https://tinyurl.com/3ayednjj | https://tinyurl.com/246xeuh6 |
| Full Time/Part Time | Full time | Full Time, Part Time | Part Time | Full Time, Part Tim |
| Salary/rate | $60.1 - 76.1 k/hear | $11-34/hr | $17.50/hr | $20-30/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/5/22 | 1/18/22 | 1/18/22 | 1/18/22 |

| | POSITION 18 | POSITION 19 | POSITION 20 | POSITION 21 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Southwestern Law School | Universal Orlando | Volt Workforce Solutions | Netflix |
| Company website | | | | |
| Location | Los Angeles, CA | Hollywood, CA | Culver City, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | | |
| Job title | Office of Institutional Advancement Assistant | Coordinator, Guest Communications | Coordinator | Coordinator |
| Job description link | https://tinyurl.com/yzu597ke | https://tinyurl.com/36ndwskz | https://tinyurl.com/yckwf7hh | https://tinyurl.com/2p9fp35c |
| Full Time/Part Time | PartTime | Full Time | Full Time | Full Time |
| Salary/rate | $23/hr | | $30-33/hr | |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/19/22 | 1/22/22 | 1/22/22 | 1/22/22 |

|  | POSITION 23 | POSITION 24 | POSITION 25 | POSITION 28 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | PM Consulting Group | Robert Half | WelbeHealth | Earle Travel |
| Company website | | | | |
| Location | Remote | Los Angeles, CA | Los Angeles | United States |
| **POSITION DETAILS** | | | | |
| Job title | Medical Support Assistant | Non-Profit Administrative Assistant | Executive Assistant | Customer Service Associate |
| Job description link | https://tinyurl.com/3zwzubi | https://tinyurl.com/n7n93ve | https://tinyurl.com/yekmj5t | https://tinyurl.com/bd8ywyzh |
| Full Time/Part Time | Full Time | Full time | Full Time | Full Time, Part time |
| Salary/rate | | $24-28/hr | | $45,000-60,000/yr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/22/22 | 1/24/22 | 1/24/22 | 1/24/22 |

| | POSITION 29 | POSITION 30 | POSITION 31 | POSITION 33 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Humantold | Giddyu | AdviceOne LLC | Live Nation |
| Company website | | | | |
| Location | Remote | Remote | Remote | Beverly Hills, CA |
| **POSITION DETAILS** | | | | |
| Job title | HR Assistant | Part Time Customer Success Representative | Client Services Associate | Customer Service Coordinator |
| Job description link | https://tinyurl.com/5n6s9zex | https://tinyurl.com/y3nbbhpy | https://tinyurl.com/mry9mzr | https://tinyurl.com/2szwrn3x |
| Full Time/Part Time | Part Time | Part Time | Full Time | Full Time |
| Salary/rate | | $28,000-40,000/yr | From $50,000/yr | |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/24/22 | 1/24/22 | 1/24/22 | 1/25/22 |

| | POSITION 34 | POSITION 35 | POSITION 37 | POSITION 38 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | AppleOne | BurnAlong | DEX Imaging | Good Research |
| Company website | | | | |
| Location | Los Angeles, CA | Remote | Remote | Remote |
| **POSITION DETAILS** | | | | |
| Job title | Part-Time Bookkeeper | Executive Assistant to CEOs | Remote Customer Service Rep | Part-Time Scheduling Coordinator |
| Job description link | https://tinyurl.com/3wv7ck9e | | https://tinyurl.com/5hpa3whc | https://tinyurl.com/4blxcs9mk |
| Full Time/Part Time | Part Time | Full time | Part time | Part Time, Contract |
| Salary/rate | | | $20/hr | $20/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/25/22 | 1/25/22 | 1/26/22 | 1/26/22 |

| | POSITION 39 | POSITION 40 | POSITION 41 | POSITION 42 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | iLiveWell Nutrition Therapy | PRA Health Sciences | Apple One NJ | Hulu |
| Company website | | | | |
| Location | Remote | Remote | Remote | Los Angeles |
| **POSITION DETAILS** | | | | |
| Job title | Administrative Assistant | Global Clinical Trial Assistant- Medical Affairs | Administrative Assistant | Front Office Coordinator |
| Job description link | https://tinyurl.com/2rdzjwnm | https://tinyurl.com/mw9nujna | https://tinyurl.com/5n983xeu | https://tinyurl.com/9zrnduf |
| Full Time/Part Time | Full Time | Full Time | Full time Temporary | Full tinme |
| Salary/rate | From $50,000/yr | | $26/hr | $33.8k - 42.8k/yr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/27/22 | 1/27/22 | 1/27/22 | 1/28/22 |

EXHIBIT B
PAGE 8

| | POSITION 43 | POSITION 44 | POSITION 45 | POSITION 47 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Odyssey Behavioral Group | Connell Processing, Inc | Fox Corporation | Ajilon |
| Company website | | | | |
| Location | Venice, CA | Burbank, CA | Los Angeles, CA | Culver City, CA |
| **POSITION DETAILS** | | | | |
| Job title | Office Manager | Data Processing Clerk | Part-time Temporary Health Coordinator | Administrative Assistant |
| Job description link | https://tinyurl.com/2p9y5mzv | https://tinyurl.com/ye57wvvc | https://tinyurl.com/2p8sje6j | https://tinyurl.com/2p8j8vc8 |
| Full Time/Part Time | Full Time | Full time | Part Time | Part Time |
| Salary/rate | | | | $25/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/31/22 | 1/31/22 | 1/31/22 | 1/31/22 |

| | POSITION 49 | POSITION 51 | POSITION 52 | POSIITON 53 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Mountain Message Service, Inc | Consulting Radiologists Ltd | CBS Television Network | The Trevor Project |
| Company website | | | | |
| Location | Remote | Remote | Studio City, CA | Remote |
| **POSITION DETAILS** | | | | |
| Job title | Data Entry | Physician Scheduler | Photography Adiministrative Assistant | Executive Assistant |
| Job description link | https://tinyurl.com/2p9y4tx5 | https://tinyurl.com/mt5k7uu2 | https://tinyurl.com/2xjap48t | https://tinyurl.com/2952net2 |
| Full Time/Part Time | Full Time, Part Time | Part Time | Full Tim | Full Time |
| Salary/rate | $40-55/hr | From $30/hr | | |
| **APPLICATION STATUS** | | | | |
| Application submission date | 2/1/22 | 2/3/22 | 2/7/22 | 2/8/22 |

| | POSITION 54 | POSITION 55 | POSITION 56 | POSITION 57 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Avelo Airlines | SafeLight Auto Glass | Paradigm | SoftHQ |
| Company website | | | | |
| Location | | | | |
| **POSITION DETAILS** | | | | |
| Job title | Flight Attendant | Customer Service Representative | Clinical Coordinator Assistant | Administrative Assistant |
| Job description link | https://tinyurl.com/2znvmthk | https://tinyurl.com/2fxzmwa | https://tinyurl.com/2cycj5yf | https://tinyurl.com/5h22zb9t |
| Full Time/Part Time | Full Time | Full Time | Full Time | Full Time |
| Salary/rate | $42.3K - 53.5K/year | | | $20-25/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 3/18/22 | 3/24/22 | 3/26/22 | 3/26/22 |

| | POSITION 60 | POSITION 61 | POSITION 62 | POSITION 63 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | The Exchange (AAFES) | Bosley | The Artworks Unlimited LLC | Ryan Whaley |
| Company website | | | | |
| Location | Los Angeles, CA | Beverly Hills, CA | Remote | Remote |
| **POSITION DETAILS** | | | | |
| Job title | Office Assistant | Front Office Coordinator | Email Chat Support Representative | Customer Service Representative |
| Job description link | https://tinyurl.com/2p9cxmva | https://tinyurl.com/mr2amxxk | https://tinyurl.com/54jxryt3 | https://tinyurl.com/3aa75b5f |
| Full Time/Part Time | Part Time | Full Time | Full Time | Full Time |
| Salary/rate | $18.00 - 27.22/hr | $20.00/hr | $20-35/hr | $30-35/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 4/7/22 | 4/8/22 | 4/11/22 | 4/11/22 |

| | POSITION 65 | POSITION 67 | POSITION 68 |
|---|---|---|---|
| **COMPANY INFORMATION** | | | |
| Company name | Remote Online Careers | Techscience | Interior Designer |
| Company website | | | |
| Location | Remote | Los Angeles, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | |
| Job title | Union Benefit Coordinator-Customer Service Representative | Office Manager | Administrative Assistant |
| Job description link | https://tinyurl.com/33ryphuc | https://tinyurl.com/2a2jmddu | https://tinyurl.com/yc5w7wyh |
| Full Time/Part Time | Full Time | Part-time | Full time, Part time, Temporary, internship |
| Salary/rate | $50,000-80,000/year | $20.00/hr | From $20/hr |
| **APPLICATION STATUS** | | | |
| Application submission date | 4/11/22 | 4/13/22 | 4/13/22 |

|  | POSITION 70 | POSITION 71 | POSITION 74 | POSITION 75 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | AIDS Healthcare Foundation | Red Label Enterprises | Diversified Power Systems | 15 Min Smog |
| Company website | | | | |
| Location | Los Angeles, CA | Los Angeles, CA | Remote | Studio City, CA |
| **POSITION DETAILS** | | | | |
| Job title | Front Office Clerk | Office Assistant | Customer Service Manager | Office Manager |
| Job description link | https://tinyurl.com/32tx577k | https://tinyurl.com/3cwdw2ep | https://tinyurl.com/3kmxc4cc | https://tinyurl.com/yc8bunqc |
| Full Time/Part Time | Full Time | Full Time | Full-time | Full-time |
| Salary/rate | | $17.50/hr | $45,000-$60,000/yr | $18-23/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 4/14/22 | 4/27/22 | 5/6/22 | 5/10/22 |

| | POSITION 76 | POSITION 79 | POSITION 83 |
|---|---|---|---|
| **COMPANY INFORMATION** | | | |
| Company name | Sonder | New Directions Behavioral Health | VCA |
| Company website | | | |
| Location | Los Angeles, CA | Remote | Los Angeles, CA |
| **POSITION DETAILS** | | | |
| Job title | Front Desk Hospitality Agent | Credentialing Coordinator | Emergency Room Department Administrative Assistant |
| Job description link | https://tinyurl.com/mvxcy4rc | https://tinyurl.com/3m95rs4 | https://tinyurl.com/mry7cdkk |
| Full Time/Part Time | Full Time | Full-time | Full Time |
| Salary/rate | | | |
| **APPLICATION STATUS** | | | |
| Application submission date | 5/10/22 | 5/10/22 | 5/26/22 |
| | | | 6/6/22 |

|  | | POSITION 87 | POSITION 88 |
|---|---|---|---|
| **COMPANY INFORMATION** | | | |
| Company name | VCA | Remote CJ Solution | Adecco |
| Company website | | | |
| Location | Los Angeles, cA | Chicago, IL | Culver City, CA 90230 |
| **POSITION DETAILS** | | | |
| Job title | Veterinary Care Concierge | Data Entry Cleark/Customer Service | Administrative Assistant | Administrative Assistant II |
| Job description link | | https://tinyurl.com/2s4hrbt8 | https://tinyurl.com/2p8oyjd4 |
| Full Time/Part Time | Ful Time | Full-Time | Full-Time | Full-time, Part-time |
| Salary/rate | | $49/hr | $15-26/hr | $29.35/hr |
| **APPLICATION STATUS** | | | |
| Application submission date | 6/6/22 | 6/17/22 | 7/11/22 | 7/11/22 |

| | POSITION 89 | POSITION 90 | POSITION 91 | POSITION 93 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | DISYS - Digital Intelligence Syste Livelife | | eTeam Inc | United Medical Imaging Healthcare |
| Company website | | | | |
| Location | Culver City, CA | Los Angeles, CA. 90014 | Culver City, CA 90232 | Los Angeles, CA 90024 |
| **POSITION DETAILS** | | | | |
| Job title | Administrative Assistant/Office Assistant | Customer Service Manager | Administrative Assistant | Seasonal Data Entry |
| Job description link | https://tinyurl.com/mr47rm92 | https://tinyurl.com/5n8tyt6w | https://tinyurl.com/yck5rmbp | https://tinyurl.com/2dv5t2jk |
| Full Time/Part Time | Contract | Full-Time | Contract | Full-Time |
| Salary/rate | $25-29/hr | $55,000/year | | |
| **APPLICATION STATUS** | | | | |
| Application submission date | 7/11/22 | 7/11/22 | 7/11/22 | 7/14/22 |

| | POSITION 94 | POSITION 96 | POSITION 97 | POSITION 99 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | AIDS Healthcare Foundation | Steelsource International Corp | Career Jobs Online | Marian College |
| Company website | | | | |
| Location | Los Angeles, CA 90027 | Beverly Hills, CA 90211 | Los Angeles, CA 90012 | Van Niys CA, 91411 |
| **POSITION DETAILS** | | | | |
| Job title | Lead Front Desk Coordinator | Office Administrator Assistant | Data Entry Assistant | Front Desk Receptionist |
| Job description link | https://tinyurl.com/bdeayj45 | https://tinyurl.com/yc8chn wh | https://tinyurl.com/yckhca95 | https://tinyurl.com/3k3r833h |
| Full Time/Part Time | Full Time | Part Time | Full Time, Part Time, Contract | Full-time |
| Salary/rate | $24-25/hr | $22-24/hr | | $15-19/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 7/14/22 | 7/15/22 | 7/15/22 | 7/18/22 |

| | POSITION 100 | POSITION 101 | POSITION 102 | POSITION 103 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Sev Laser Aesthetics | Bellacures Beverly Hills | Artonomi Aesthetics | Endure Urgent Care |
| Company website Location | Los Angeles, CA 90069 | Beverly Hills, CA. 90212 | Los Angeles, CA. 90046 | Culver City, CA |
| **POSITION DETAILS** | | | | |
| Job title | Front Desk Receptionist | Pat-Time Front Desk Receptionist | Medical Spa Receptionist | Medical/Urgent Care Receptionist |
| Job description link | https://tinyurl.com/r9k5kw8t | https://tinyurl.com/2p94u5ea | https://tinyurl.com/mvxvac32 | https://tinyurl.com/3ems4727 |
| Full Time/Part Time | Part Time | Part Time | Part Time | Part Time |
| Salary/rate | $16.50-19.00/hr | $15-18/hr | $17-20/hr | $20-24/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/19/23 | 1/19/23 | 1/19/23 | 1/20/23 |

| | POSITION 104 | POSITION 105 | POSITION 106 | POSITION 107 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Universal City Nissan | Next Level Holistic Healing | Greenway Court Theatre | Shiva Yoga |
| Company website | | | | |
| Location | Los Angeles, CA | Santa Monica, CA | Los Angeles, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | | |
| Job title | Temporary File Clerk | Receptionist | Front of House Staff | Front Desk Manager |
| Job description link | https://tinyurl.com/2s358std | https://tinyurl.com/yusvrpmp | https://tinyurl.com/2pbc5ayh | https://tinyurl.com/bdh5tczn |
| Full Time/Part Time | Part Time Temporary | Part Time | Part Time | Part Time |
| Salary/rate | $16-18hr | $18/hr | $17/hr | $19.75/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/20/23 | 1/20/23 | 1/20/23 | 1/20/23 |

EXHIBIT B
PAGE 20

| | POSITION 108 | POSITION 109 | POSITION 110 | POSITION 111 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | FUMA Salon on Melrose Hair Lounge | Thrive Health Lab | Instamail Office | Harper Salon |
| Company website | | | | |
| Location | Los Angeles, CA | Los Angeles, CA | Los Angeles, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | | |
| Job title | Hair Salon Receptionist | Front Desk Manager/Receptionist | Customer Service Associate | Housekeeping |
| Job description link | https://tinyurl.com/4nu5eys4 | https://tinyurl.com/4f96c9d5 | https://tinyurl.com/5n7xz959 | https://tinyurl.com/2p8scp2p |
| Full Time/Part Time | Part Time | Part Time | Part Time | Part Time |
| Salary/rate | $16-17/hr | $16/hr | From $15.50 | From $16/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/20/23 | 1/27/23 | 1/27/23 | 1/27/23 |

| | POSITION 112 | POSITION 113 | POSITION 114 | POSITION 115 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Front Porch/Kingsley Manor | Goodwill Southern California | Westlake Pro | RCS |
| Company website | | | | |
| Location | Los Angeles, CA | Los Angeles, CA | Burbank, CA 91506 | Los Angeles, CA. 90036 |
| **POSITION DETAILS** | | | | |
| Job title | Front Desk Receptionist | Retail Associate | Receptionist | Salon Receptionist |
| Job description link | https://tinyurl.com/326msmy5 | https://tinyurl.com/2p8mdwnz | https://tinyurl.com/24qaath3 | https://tinyurl.com/3k4jewc6 |
| Full Time/Part Time | Part Time | Part Time | Part Time | Part Time |
| Salary/rate | From $17/hr | $16.50/hr | From $15/hr | $17/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 1/27/23 | 2/13/23 | 2/13/23 | 2/13/23 |

EXHIBIT B
PAGE 22

| | POSITION 116 | POSITION 117 | POSITION 118 | POSITION 119 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Steve Little - State Farm Agent | Aroma Spa and Sports | Residence Inn by Marriott LAX | Kimpton Hotels & Restaurants |
| Company website | | | | |
| Location | Los Angeles, CA. 90064 | Los Angeles, CA | Los Angeles, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | | |
| Job title | Receptionist-State Farm Agent Team Member | Spa Attendant | Front Desk Agent | Minibar Attendant |
| Job description link | https://tinyurl.com/bdhz8zdp | https://tinyurl.com/4u7w68th | https://tinyurl.com/5n77x6vw | https://tinyurl.com/3yaueahf |
| Full Time/Part Time | Part Time | Part Time | Part Time | Part Time |
| Salary/rate | $20-23/hr | From $17/hr | $19.00 - $19.57/hr | |
| **APPLICATION STATUS** | | | | |
| Application submission date | 2/13/23 | 2/21/23 | 2/21/23 | 2/27/23 |

| | POSITION 120 | POSITION 121 | POSITION 122 |
|---|---|---|---|
| **COMPANY INFORMATION** | | | |
| Company name | WTS Internatinal LLC | Hyatt Place Glendale/Los Angeles | Blue Poch |
| Company website | | | |
| Location | West Hollywood, CA | Glendale, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | |
| Job title | Spa Reception | Front Desk Host | Receptionist at Dog Grooming Salon |
| Job description link | https://tinyurl.com/2p8r9zc9 | https://tinyurl.com/d7dmm5fs | https://tinyurl.com/3f5kkz72 |
| Full Time/Part Time | Part Time | Part Time | Part Time |
| Salary/rate | | | $17-19/hr |
| **APPLICATION STATUS** | | | |
| Application submission date | 2/27/23 | 2/27/23 | 2/27/23 |

| | POSITION 123 | POSITION 124 | POSITION 125 | POSITION 126 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Huckeye Health Staffing LLC | El Leon Spa | Airport Endoscopy Center | Renaissance Imaging |
| Company website | | | | |
| Location | Los Angeles, CA | Los Angeles, CA | Los Angeles, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | | |
| Job title | Covid Practitioner | Front Desk Receptionist | Front Desk Receptionist | Imaging Front Office |
| Job description link | https://tinyurl.com/munbhhth | https://tinyurl.com/mu2ypjhx | https://tinyurl.com/2f9yfxyj | https://tinyurl.com/ycs8cj8d |
| Full Time/Part Time | Part Time | Part time | Part Time | Part Time |
| Salary/rate | | | $16-17/hr | $16-21/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 2/27/23 | 3/1/23 | 3/1/23 | 3/6/23 |

|  | POSITION 127 | POSITION 128 | POSITION 129 | POSITION 130 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | The Cottage Spa | Warby Parker | Stay Ready Physical Therapy | Line LA |
| Company website | | | | |
| Location | Pacific Palisades, CA | Los Angeles, CA | Los Angeles, CA. 90036 | Los Angeles, CA |
| **POSITION DETAILS** | | | | |
| Job title | Front Desk Receptionist | Sales Associate | Medical Frnt Office/Receptionist | Minibar Attendant |
| Job description link | https://tinyurl.com/2p8n9c8 | https://tinyurl.com/ahuc97pp | https://tinyurl.com/4deyeebk | https://tinyurl.com/wjsrzfee |
| Full Time/Part Time | Part Time | Part Time | Part Time | Part Time |
| Salary/rate | $15-18/hr | $17/hr | $16/hr | $20/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 3/6/23 | 3/6/23 | 3/6/23 | 3/6/23 |

EXHIBIT B
PAGE 26

| | POSITION 131 | POSITION 132 | POSITION 133 | POSITION 134 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Sunnyev | Hampton Inn & Suites | Vtech Solution Inc | Belmont Village Senior Living |
| Company website | | | | |
| Location | Glendale, CA | Sherman Oaks, CA | Los Angeles, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | | |
| Job title | Sales Associate/Salon Receptionist | Front Desk Agent | Health Records Clerk | Server |
| Job description link | https://tinyurl.com/2p8ezpn4 | https://tinyurl.com/ykzav9un | https://tinyurl.com/38d7crz5 | https://tinyurl.com/bdedwmry |
| Full Time/Part Time | Part Time | Part Time | Part Time | Part Time |
| Salary/rate | $16-17/hr | From $18/hr | ≤ $23,00/hr | |
| **APPLICATION STATUS** | | | | |
| Application submission date | 3/6/23 | 3/10/23 | 5/8/23 | 5/8/23 |

| | POSITION 135 | POSITION 136 | POSITION 137 |
|---|---|---|---|
| **COMPANY INFORMATION** | | | |
| Company name | Kevin Jewelers | OJ Staffing | Windsor Care Center of Cheviot Hills |
| Company website | | | |
| Location | Culver City, CA | Los Angeles, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | |
| Job title | Office Assistant | Cashier/Sales Associate | Receptionist |
| Job description link | https://tinyurl.com/38d7crz5 | https://tinyurl.com/bdedwmry | https://tinyurl.com/bdedwmry |
| Full Time/Part Time | Part Time | Part Time | Part Time |
| Salary/rate | $16 - 20/hr | | |
| **APPLICATION STATUS** | | | |
| Application submission date | 5/8/23 | 5/8/23 | 5/9/23 |

| | POSITION 138 | POSITION 139 | POSITION 140 | POSITION 141 |
|---|---|---|---|---|
| **COMPANY INFORMATION** | | | | |
| Company name | Golden Touch Home Health, Inc | Floyd's 99 Barbershop | American Two-Way | 49BC LLC |
| Company website | | | | |
| Location | Los Angeles, CA | Los Angeles, CA | North Hollywood, CA | Los Angeles, CA |
| **POSITION DETAILS** | | | | |
| Job title | Home Health Human Resources/Medical Records Associate | Front Desk Coordinator | Emergency Alarm Dispatcher | Personal Assistant |
| Job description link | https://tinyurl.com/476uyw8f | https://tinyurl.com/38d7crz5 | https://tinyurl.com/4sccnx99 | https://tinyurl.com/478ubb3z |
| Full Time/Part Time | Part-Time | Part-Time | Part-Time | Part Time |
| Salary/rate | $18.00/hr | | $16.26-$17.25/hr | $20-25/hr |
| **APPLICATION STATUS** | | | | |
| Application submission date | 5/30/23 | 5/30/23 | 5/30/23 | 5/31/23 |

| | POSITION 142 | POSITION 143 |
|---|---|---|
| **COMPANY INFORMATION** | | |
| Company name | VCA Urgent Care | United Pacific |
| Company website | | |
| Location | Los Angeles, CA | Los Angeles, CA |
| **POSITION DETAILS** | | |
| Job title | Veterinary Care Concierge | Retail Sales Associate |
| Job description link | https://tinyurl.com/38d7crz5 | https://tinyurl.com/38d7crz5 |
| Full Time/Part Time | Part Time | Part-Time |
| Salary/rate | $17-21/hr | $16-17.50/hr |
| **APPLICATION STATUS** | | |
| Application submission date | 6/4/23 | 6/4/23 |