# EXHIBIT C
# HOME OWNERSHIP DOCUMENTS



5510-014-004
**DOC#** 23-0078140-01-01

**PLEASE READ YELLOW SHEET FIRST**

LA ▲ 0 0 0 8 6 5      0527
Goulin Weinberg 2018 Trust
6617 Maryland Dr
Los Angeles CA 90048-4613

------------------------------------------------------------- (fold line)

# HOW THE PROPERTY TAX SYSTEM WORKS

**CITIES & COUNTY**
Provides copies of all building permits issued.

**REGISTRAR-RECORDER/COUNTY CLERK**
Website: http://www.lavote.net/recorder
Provides copies of all deeds and other recorded documents.



**COUNTY ASSESSOR**
Website: http://assessor.lacounty.gov
Assesses all real estate and personal property (businesses, boats, and airplanes) located throughout the entire county.



**AUDITOR – CONTROLLER**
Website: http://auditor.lacounty.gov
Receives the assessments from the Assessor and applies the appropriate tax rate to determine the actual amount of property taxes owed.



**TREASURER – TAX COLLECTOR**
Website: http://ttc.lacounty.gov
Mails out the property tax bills, collects the money, and deposits it in the County Treasury.



**AUDITOR – CONTROLLER**
Website: see above
Allocates the money to over 900 local taxing agencies, including the County, cities, schools and special districts.

E-17 (5/11)

EXHIBIT C
PAGE 1

This page is part of your document - DO NOT DISCARD

**20230078140**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/07/23 AT 10:48AM**

Pages: 0005

| | |
|---|---:|
| FEES: | 38.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 113.00 |

**LEADSHEET**

202302070220016

00023175880

013905832

SEQ:
01

SECURE - Daily

THIS FORM IS NOT TO BE DUPLICATED

7085332 Quitclaim Deed

E438957

000865

EXHIBIT C
PAGE 2

RECORDING REQUESTED BY
LAW OFFICES OF TOBI J. CHINSKI

AND WHEN RECORDED MAIL DOCUMENT TO:
LAW OFFICEES OF TOBI J. CHINSKI

1999 AVENUE OF THE STARS, #1100

LOS ANGELES, CA 90067

SPACE ABOVE FOR RECORDER'S USE ONLY

## QUITCLAIM DEED

Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☒ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

EXHIBIT C
PAGE 3

RECORDING REQUESTED BY

LAW OFFICES OF TOBI J. CHINSKI

WHEN RECORDED MAIL TO:

LAW OFFICES OF TOBI J. CHINSKI
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

MAIL TAX STATEMENTS TO:

Sanford Alan Weinberg
Gary D. Goulin
6617 Maryland Drive
Los Angeles, CA 90048

APN: 5510-014-004

STREET ADDRESS: 6617 Maryland Drive
Los Angeles, CA 90048

---

**DOCUMENTARY TRANSFER TAX $0.00**

__xxx__ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED
OR COMPUTED ON FULL VALUE LESS LIENS AND
ENCUMBRANCES REMAINING AT TIME OF SALE.

*[signature]*

Signature of Declarant or Agent Determining tax
**LAW OFFICES OF TOBI J. CHINSKI**

## QUITCLAIM DEED

"This conveyance transfers an interest into or out of a Living Trust, R & T 11930".

**FOR NO CONSIDERATION,** SANFORD A. WEINBERG and GARY D. GOULIN, Trustees of the GOULIN WEINBERG 2018 TRUST dated May 10, 2018, hereby remise, release and forever quitclaim to SANFORD ALAN WEINBERG, a married man as his sole and separate property as to an undivided Sixty-One Percent (61%) interest and GARY DAVID GOULIN, a married man as his sole and separate property as to an undivided Thirty-Nine Percent (39%) interest, as tenants in common, in the following described real property in the legal description attached hereto as Exhibit "A" and incorporated by reference.

Date: January 26, 2023

*[signature]*
SANFORD A. WEINBERG, Trustee

Signature Page attached hereto
and made a part thereof

000865

EXHIBIT C
PAGE 4

Date: January 26, 2023

_____
GARY D. GOULIN, Trustee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
                           ) ss.
County of Los Angeles      )

      On January 26, 2023 before me, Elizabeth Garcia-Cairo, NOTARY PUBLIC, personally appeared SANFORD A. WEINBERG and GARY D. GOULIN, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

      I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Elizabeth Garcia-Cairo_   (SEAL)

**ELIZABETH GARCIA-CAIRO**
COMM. # 2325526
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES MAR. 30, 2024

Weinberg-Goulin\Documents-Funding New\
QTC Deed-Maryland-Trust to SP.wpd

EXHIBIT C
PAGE 5

EXHIBIT "A"

LEGAL DESCRIPTION

LOT 4 IN BLOCK 20 OF TRACT NO. 7555, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 88, PAGE(S) 79 TO 84 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

COMMONLY KNOWN AS:     6617 MARYLAND DRIVE, LOS ANGELES, CA 90048

APN: 5512-012-013

EXHIBIT C
PAGE 6

## Tenants in Common Agreement

This Agreement, effective as of the date of the second party to sign (the "Effective Date"), is made between Sanford Alan Weinberg ("Sanford"), Trustee of The Sanford Weinberg Living Trust ("Sanford's Trust") and Gary David Goulin ("Gary"), Trustee of The Gary Goulin Living Trust (" Gary's Trust"), sometimes referred to singularly as Tenant in Common, Sanford and Gary, and collectively referred to as the "Tenants in Common."

**I.    RECITALS.**

    A.    Sanford and Gary are married.

    B.    Sanford and Gary reside at the residential property commonly known as 6617 Maryland Drive, Los Angeles, California 90048 (the "Property"), legally described as:

        Lot 4 in Block 20 of Tract No. 7555, in the City of Los Angeles, County of Los Angeles, State of California, as Per Map Recorded in Book 88, Pages(s) 79 to 84 Inclusive of Maps, in the Office of the County Recorder of said County.

    C.    In 2018, Sanford and Gary established the Goulin Weinberg 2018 Trust into which they each transferred their respective separate property. Gary and Sanford have agreed that it is in their mutual best interests to enter in a Post Marital Agreement (the "Post Marital Agreement") for the purposes of defining their rights and interest in their respective separate property.

    D.    The Agreement provides, in part, that Sanford owns an undivided Sixty-One Percent (61%) separate property interest in the Property and that Gary owns an undivided Thirty-Nine Percent (39%) separate property interest in the Property.

    E.    Sanford and Gary have further agreed that for purposes of clarity, ease of administration and tax planning, it is in their best interests that they each establish a separate Revocable Living Trust to hold title to their respective separate interest in the Property, in addition to other assets defined in the Post Marital Agreement as their respective separate property.

1

EXHIBIT C
PAGE 7

    F.     In furtherance of this purpose, concurrently with the signing of this Agreement, Sanford has transferred to himself, as Trustee of The Sanford Weinberg Living Trust, an undivided Sixty-One Percent (61%) interest in the Property and Gary has transferred to himself, as Trustee of The Gary Goulin Living Trust, an undivided Thirty-Nine Percent (39%) interest in the Property, as Tenants in Common.

    G.     The Tenants in Common both desire to enter into this Tenants in Common Agreement for the purpose of defining their respective rights and interest in the Property.

Now, therefore, in consideration of the foregoing facts and the promises and mutual covenants contained in this Agreement, the Tenants in Common agree as follows:

## II. AGREEMENT.

1. **Transfer Restriction During Lifetime.** Each of the Tenants in Common will not dispose, transfer, devise, convey, lease, mortgage or otherwise encumber his undivided interest in the Property, without the written consent of the other Tenant in Common, whose consent shall not be unreasonably withheld.

2. **Transfer Upon Death.** Upon the death of a Tenant in Common, his undivided interest may be transferred as provided in the Deceased Tenant in Common's Will, Trust, or such other estate planning document signed by the deceased Tenant in Common.

3. **Partition.** Each of the Tenants in Common irrevocably waives any and all right that he may have to maintain any action for partition with respect to his undivided interest in the Property or to compel any sale thereof under any applicable laws now existing or subsequently enacted.

4. **Payment of Expenses.** The payment of all expenses of the Property, including but not limited to, debt service, property taxes, homeowners insurance, day-to-day maintenance and capital improvements shall be paid as provided in the Post Marital Agreement.

5. **Improvement of Property.** Any improvement, sale, or mortgaging of the Property may be made only of the entire Property and then only upon the written consent of both Tenants in Common.

6. Termination. This Agreement shall terminate on the sale of the Property and the distribution to the Tenants in Common of the net proceeds of the sale, such net proceeds to be distributed as provided in the Post Marital Agreement. Notwithstanding the foregoing, this Agreement shall not terminate if the Tenants in Common purchase a Replacement Property which they intend to occupy in common. If a Replacement Property is acquired, the terms of this Agreement shall govern the interests of the Tenants in Common in the Replacement Property.

7. Effect on Transferee. If any other person acquires any interest in the Property, the interest acquired shall be subject to all of the terms of this Agreement with the same force and effect as if the acquiring party had owned the interest at the time of the execution of this Agreement and had in fact signed this Agreement at that time.

8. Binding Effect. This Agreement contains the entire understanding between the Tenants in Common and may not be changed or modified orally. Except as otherwise provided in this Agreement, this Agreement shall inure to the benefit of and shall be binding upon the heirs, personal representatives, creditors. and assigns of the parties.

9. Governing Law. This Agreement shall be governed by the laws of the State of California.

10. Legal Construction. In the event any one or more of the provisions contained in this Agreement shall for any reason be held invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability shall not affect any other provision. This Agreement shall be construed as if the invalid, illegal, or unenforceable provision had never been contained in it.

11. Agreements Construed Together. This Agreement and the Post Marital Agreement signed by the Tenants in Common on January 25, 2023 constitutes the sole and only agreement of the Tenants in Common respecting the Property.

12. Amendments. This Agreement may be amended by the Tenants in Common only by a written agreement.

13. Attorneys' Fees. If any action at law or in equity is brought to enforce or interpret the provisions of this Agreement, the prevailing Tenant in Common will be entitled to reasonable attorney's fees in addition to any other relief to which that Tenant in Common may be entitled.

Dated: January 26, 2023

SANFORD ALAN WEINBERG, Trustee
of The Sanford Weinberg Living Trust

3

EXHIBIT C
PAGE 9

Dated: January 26, 2023

_____
GARY DAVID GOULIN, Trustee
of the Gary Goulin Living Trust

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California         )
                            ) ss.
County of Los Angeles       )

      On January 26, 2023 before me, Elizabeth Garcia-Cairo, NOTARY PUBLIC, personally appeared SANFORD ALAN WEINBERG, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

      I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

      WITNESS my hand and official seal.

Signature _Elizabeth Garcia-Cairo_   (SEAL)

ELIZABETH GARCIA-CAIRO
COMM. # 2325526
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES MAR. 30, 2024

4

EXHIBIT C
PAGE 10

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California            )
                               ) ss.
County of Los Angeles          )

On January 26, 2023 before me, Elizabeth Garcia-Cairo, NOTARY PUBLIC, personally appeared GARY DAVID GOULIN, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Elizabeth Garcia-Cairo*     (SEAL)

> ELIZABETH GARCIA-CAIRO
> COMM. # 2325526
> NOTARY PUBLIC - CALIFORNIA
> LOS ANGELES COUNTY
> COMM. EXPIRES MAR. 30, 2024

Weinberg.Goulin\Documents-EP New\
Tenants in Common Agreement.wpd

5

EXHIBIT C
PAGE 11