# EXHIBIT G
# CHARACTER LETTERS

**Bruce Hoberman**
**4289 Deerwood Lane N.**
**Plymouth, MN 55441**

April 28, 2023

The Honorable Maame Ewusi-Mensah Frimpong
United States District Court
Central District of California
350 West First Street, Courtroom 8B
Los Angeles, CA 90012

Your Honor:

Gary Goulin and I have known each other since we were 3 years old. We grew up in the same neighborhood and we have been close friends since our elementary school days. Gary is a wonderful man, and I am proud to submit this letter of support.

Growing up, Gary was always the smartest kid in our class. He had a kind heart and was always generous with his time to help others, especially with schoolwork. The teachers loved Gary and everyone knew he was going to go on to do great things. From a young age, Gary was very humble. We both volunteered for school patrol and many other activities. Gary was loved by everyone in our community.

Even after Gary moved away from Minnesota, we maintained a friendship. If I ever needed advice on anything, Gary was just a phone call away. A few years ago, my son was considering medical school and I asked Gary if he would talk to him. Despite his incredibly busy schedule, Gary spent over 3 hours with my son and later followed up with him to see if he had any additional questions. My son is now in his first year of medical school, in large part to Gary's encouragement and advice.

Gary and I have spoken at length about his problems leading to this case. While he is the last person that I would have ever expected to be in this situation, he has been very honest with me admitting the depth of his failures. He is extremely ashamed and remorseful. He is fully prepared to face the consequences of his hurtful conduct. Gary is thankful that his problem never affected his work and his care for his patients. He is investing in the professional help he needs to overcome the problem.

I truly feel in my heart that Gary's chosen career path of Pediatric Critical Care which is one of the most stressful career paths someone could choose caused so much stress to mount up over the years and eventually caused him to find an escape that led him down the wrong path. I also truly believe that every time Gary walked in that hospital his only goal was to save kid's lives which he did time and time again.

Gary is bright, kind, and considerate and I know he will grow from this experience and find a new way to help people with the same passion that led him to be a successful doctor who helped his patients for over 30 years.

Sincerely,

*Bruce Hoberman*
Bruce Hoberman

**Donald Finlayson**
*10535 South Shore Dr.*
*Plymouth, MN 55441*

May 9, 2023

The Honorable Maame Ewusi-Mensah Frimpong
United States District Court
Central District of California
350 West First Street, Courtroom 8B
Los Angeles, CA 90012

Your Honor,

Thank you for this opportunity to share my regard for Gary Goulin.

Gary and I attended high school together and have been close friends ever since. In high school he already had a strong desire to be a doctor and help children. Later after Gary achieved his dream of becoming a doctor I visited him in California. Then he gave me a tour of the Cedars-Sinai ICU where he worked and I met some of his co-workers. I observed how highly respected Gary was as a doctor and how much he cared for his patients. The same care he brings to a friendship he brought to the practice of medicine. Gary is the kind of friend everyone needs – he is there for you in both good times and when times get tough.

In 2005 my sister died from alcohol poisoning. Her death was sudden and tragic. Gary flew out from his home in California to Minnesota to be there to support me and my family through that difficult period. In light of his extremely demanding schedule I was truly humbled that he was thoughtful enough be there in person and assist with my sister's post-funeral reception.

I am also aware of Gary's work with a charitable organization. In that capacity over several years he travelled to Latin America with a team of doctors and nurses. Together they performed lifesaving surgeries on impoverished children in the region. I was never more proud of Gary after learning of his ongoing commitment to this incredibly worthy effort.

Gary and I had dinner a few weeks ago when I was in California. He was chastened and remorseful in our very difficult discussion. We spoke of the counseling and psychiatric care he is receiving and how much it is helping him achieve a renewed level of mental health. Gary is accepting of the court-ordered punishment he will receive beyond the professional and public pain he has already suffered. He wants to put this behind him and find new ways to help people. In that effort he will continue to have my full support.

Respectfully,

*Donald A. Finlayson*

Donald A. Finlayson

EXHIBIT G
PAGE 2

Katie Larkin, BSN, RN, CPN
1834 S. Gramercy Place
Los Angeles, CA 90019

May 24, 2023

The Honorable Maame Ewusi-Mensah Frimpong
United States District Court
Central District of California
350 West First Street, Courtroom 8B
Los Angeles, CA 90012

Re: Dr. Gary Goulin

Dear Judge Frimpong:

My name is Katie Larkin and I am a registered nurse with 33 years of practice in pediatrics. I hold a Baccalaureate Degree in Nursing and am a Certified Pediatric Nurse. My professional experience has been in the Pediatric Intensive Care Unit as pediatric critical care nurse, charge nurse, and supervisor.

I first met Dr. Gary Goulin in 1996 when he started at Cedars-Sinai Medical Center. At the time, I had just transferred to the intensive care unit and Gary was our new intensivist. From those very first days and over the next 25 years, we worked closely together to care for children and their families.

In the PICU, we cared for critically ill children with complex medical conditions, traumatic injuries, and their often-devastated families. Gary always navigated these serious and heart-breaking cases with unique skill and profound empathy. I was always struck by his honesty and compassion when working with families. He had a special focus on patient and family centered care and led by example when it came to involving patients and parents in decision-making.

Over the years there were many examples of this but one that I would like to share was that of a terminally ill, teenage patient whose wish was to die at home with his beloved dog by his side. He was not likely to survive beyond a few days and wanted nothing more than to be at home. He had extensive medical devices, medications, and ICU level care so transitioning to home hospice was nearly impossible. Gary would not accept that and did everything in his power to problem-solve it, navigating nearly unsurmountable barriers to get this young man home. As he was still very much an ICU patient, Gary and two nurses traveled with him and his family to ensure the transition of his care to hospice. He passed away soon after. It was because of Gary's exceptional effort he was at home just as he wanted, with his dog and loving family by his side.

EXHIBIT G
PAGE 3

Gary cared about helping patients who didn't have access to healthcare. Starting in 2000, Gary leading annual medical missions to Ecuador. Along with a cardiologist, cardiothoracic surgeon, and anesthesiologist, I helped him organize a team of medical professionals to provide lifesaving heart surgery for children with congenital heart disease. On each of the missions we would complete a few dozen open heart surgeries and interventional cardiac procedures. The days were long and grueling, and Gary was tireless in his efforts to help the children. It was incredibly rewarding to return the next year and see patients from previous years thriving. Families would come back and thank him for saving their child's life. It was one of most memorable parts of the trips and always resulted in tears. I look back fondly on these trips and appreciate Gary for leading these missions.

Gary was a champion for nurses and our critical role in patient care. He encouraged our autonomy and valued our role in patient care. He was also an exceptional teacher and I learned so much from him over the years. Gary had a profound influence on me as a practician and I am grateful he took me under his wing. I and my fellow nurses trusted Gary and comfortably went to him with our questions or concerns, and he always maintained a positive and supportive attitude. Whenever we faced an emergency, we were always thankful that he was there to provide both the technical skill and calmness required. We always felt like we could get through any crisis when he was on service. Gary's honesty, integrity, and moral code deeply influenced our unit and created a culture of collaboration, respect and camaraderie that was truly special.

From our first day together in the PICU, we became friends both in and out of the hospital. He is one of my closest friends and our families have celebrated many birthdays, holidays, and special occasions together. Gary has been incredibly supportive of me personally and professionally. Whether it was cheering for me at my first marathon, supporting my favorite charity, collaborating on a research presentation, or providing a shoulder to cry on, Gary has been there for me.

Gary was embarrassed and ashamed when he first called me to share about this case. I was shocked and struggle reconciling it with the person I have known so well over the last 25 years. There has never been a single time that I questioned his integrity, behavior, or professionalism and this was so far out of character for him. What is characteristic of Gary is how he took accountability for his behavior and has expressed his remorse for his actions. He has expressed deep regret that his self-destructive behavior hurt many people and ended his long and distinguished career as a physician. One of the tragic consequences of his actions is that we have lost an incredible doctor who helped so many patients and families.

Gary has shared with me that he is thankful that he is now getting the help he needs to heal and become well again. He has shared that he is looking for ways to help others too and is currently volunteering at Project Angel Food. We have discussed his becoming a counselor to help others avoid the devastating consequences of unhealthy sexual behavior. He has shared that one of the things he has most valued in his life is to be able to help others, and he hopes to continue to do this in some way.

I sincerely believe that Gary has learned from his destructive actions and will do everything in his power to make amends and continue to contribute to the community in meaningful way. He has a long road ahead of him and I know that he is committed to do everything it will take to stay well.

It is my hope that you find this letter helpful in understanding a bit more about Dr. Gary Goulin as an individual who cares deeply about people and has contributed so much to help others throughout his career. It is with great respect that I ask you to take this into consideration and pray that maximum leniency be extended to him in his sentencing.

Sincerely,

Katie Larkin, BSN, RN, CPN

Lisa A. Sitzman, MSW
10457 Tennessee Avenue
Los Angeles, CA 90064
lisa.sitzman@gmail.com | 310.500.7377

May 12, 2023

The Honorable Maame Ewusi-Mensah Frimpong
United States District Court
Central District of California
350 West First Street, Courtroom 8B
Los Angeles, CA 90012

Re: <u>Character reference regarding Dr. Gary Goulin</u>

Your Honor:

My name is Lisa Sitzman and I am a social worker with 30 years of experience in my field. I received my Master's Degree of Social Work at the University of Maryland in 1992. Since then, I have worked consistently in and around psychiatric hospitals, medical centers, and child welfare agencies. In those roles I primarily worked with children who were suffering serious chronic and acute mental crises and serious medical issues.

I first met Dr. Gary Goulin in 1999 at Cedars-Sinai Medical Center when I began my 13 years of employment as the inpatient social worker for the pediatric unit and the pediatric intensive care unit.

From the very beginning, I worked closely with Dr. Goulin on many complicated, difficult and often tragic cases. We spent countless hours with families discussing sensitive and complex information. Unfortunately, many of these meetings were to deliver bad news to parents.

Throughout my 13 years at Cedars-Sinai I observed Dr. Goulin to be both honest and caring, pragmatic and extremely supportive. He was especially mindful of the patient's wishes and respectful of the families, which is often not the norm when it comes to pediatrics. He led by example and always reminded the staff to listen to what the patient is saying and to include them, when appropriate, in contributing to their own medical decision making.

Often, we cried with these families and attended far too many funerals together. Not once, in all these years, did I ever consider Dr. Goulin to be anything less than professional, respectful, caring, and committed to his patients and their families. I never questioned his integrity.

Dr. Goulin is a rule follower with a strong moral code. He has no problem distinguishing right from wrong. He is interested in the bioethical complexities of medicine and has served on the bioethics committee. He was a staunch advocate for the staff, and he had the utmost respect

EXHIBIT G<br>PAGE 6

for the nurses, social workers, dietitians, respiratory, physical and occupational therapists. He viewed me as an integral part of the treatment team and always valued my opinions and ideas.

Not long after I met Gary, we became friends outside of the workplace. We developed a deep friendship over the years and to this day, count him as one of my dearest friends.
Both of my sons were born with a genetic hearing loss and Gary proved to be an incredibly supportive friend and resource as my husband and I were navigating the early years. He was at the bris of both of my sons and even traveled across the country for my eldest son's bar mitzvah.

While I understand the gravity of the charges Gary has plead to, I continue to struggle with the shock of it all as it remains to be so out of character with the person I have known all these years. It is not surprising to me however that he has expressed profound regret and is extremely remorseful for his actions. It has been an embarrassing and humiliating ordeal for him both personally and professionally and has admittedly been a very humbling experience.

Throughout many recent conversations, Gary has expressed his struggle with how to make amends for his actions. I know he has begun healing and been inspired by the Sexual Compulsives Anonymous 12-Step group he attends and will continue to attend going forward. He is hopeful he will be able to offer support, guidance and compassion to others in a similar circumstance.

I also know that Gary has already been volunteering weekly at Project Angel Food and he continues to look for more opportunities to fulfill his passion of giving back. He remains committed to helping people in any way possible.

I strongly believe that Gary has learned from this egregious act and has done a lot of work to understand how these unfortunate and disturbing circumstances came about. I know he will continue to do the work so that he has the tools to handle stressors in the future in a safe and appropriate manner.

I have no doubt that Gary will continue to grow with his current endeavors and find new ways to contribute to society in a purposeful, meaningful and productive way.

I sincerely hope you will take this statement into consideration and don't hesitate to reach out if I can be of further assistance.

Thank you for your time,

*Lisa Sitzman*

Lisa Sitzman, MSW

May 4, 2023

The Honorable Maame Ewusi-Mensah Frimpong
United States District Court
Central District of California
350 West First Street, Courtroom 8B
Los Angeles, CA 90012

Judge Frimpong,

I have known Gary David Goulin for nearly 33 years; we met professionally, became friends, and have had a close, enduring friendship since 1990. Although no longer in the same city, we speak weekly and see one another on vacation. I find Gary to be funny, insightful, and kind to those he loves, and I am fortunate to count myself in that group. Outside of friendship, I most appreciate that he shares his professional knowledge. He has assisted my family members with his medical expertise, guided them to proper care, and recommended they be seen urgently, resulting in life saving treatment. I witnessed him providing CPR to a stranger at a baseball game, saving the man's life. I experienced the loss of my younger sister and during her illness, Gary was constant in his support through phone calls, medical interpretation, cards, and a listening heart; when she died, his support and love continued in person.

Professionally, Gary has always been well respected in the medical community. Specializing in the intensive care of sickest and most injured children, I have known him to stay close to a patient's bedside all night to provide life-saving treatment. I have seen him patiently explain a devastating diagnosis multiple times to multiple family members who had difficulty in grasping the information. I have been present when he spoke with families to tell them that their child was dying, and witnessed the kindness and sensitivity he displayed. As for all who are adept and engaged with this work, the emotional toll is relentless, yet Gary never wavered from this important, but often ignored part of medical care.

Eighteen months ago, when Gary disclosed his arrest and the surrounding circumstances, I was shocked. I was angry with him, profoundly disappointed in him, and uncertain that I would maintain our friendship. As a clinical therapist, I have watched and carefully listened to him since that time. I've responded to his feelings of guilt, shame, and humiliation. He has been blunt and painfully forthcoming about his actions and the very poor choices he made that led to his arrest. He cried when verbalizing remorse and deep shame about exploiting children by downloading photo discs. He takes full responsibility for his behavior; if he didn't, I would not continue to support him.

I have a high level of confidence that Gary is making significant strides in changing his behavior and improving his mental health through the treatment he is participating in. He sees a therapist weekly and a psychiatrist every 1-2 weeks. He started attending a Sexual Compulsive Anonymous (SCA) group on 11/10/2021 and has continued to attend nearly daily; as of 5/3/2023, he has attended 455 meetings. Gary was the 2023 fundraising chairman for the SCA

local annual convention, and for nearly a year, served as the secretary, leader, and literature person for the Wednesday evening weekly meeting. On 1/25/2023, he successfully completed the Sexually Offending Behavior Recovery Program after 55 sessions; this program is approved by the CA Sexual Offender Management Board and by LA County Probation. After his arrest, Gary utilized a computer monitoring system called Accountable2You; when his case went to the federal system, US Pretrial and Probation Services installed a different monitoring system, and he has successfully complied. All his social media accounts have remained voluntarily closed since shortly after his arrest.

It is my belief that Gary is a contributing member of the community and will continue to be so. He volunteers weekly for Project Angel Food, an organization that prepares and delivers healthy meals to feed adults impacted by serious illness. He recently insisted his 82y/o neighbor Gina go to the emergency room when he noticed her leg was red and swollen, drove her there, and made sure she was checked in; she spent 2 days in the hospital due to a blood clot. He will continue his work and attendance with SCA. Since his arrest, Gary has applied for over 100 jobs; although not offered one, he continues to try. He has the support of his husband, friends, and family members, so important to successful healing and community integration. I maintain a belief that Gary will successfully serve any sentence with dignity and continue to positively impact the community.

Very Respectfully,

*Susan M. Blanchard*

Susan M. Blanchard

June 1, 2023

The Honorable Maame Ewusi-Mensah Frimpong
U.S. District Court
Central District of California
350 West First Street
Courtroom 8B
Los Angeles, CA 90012

RE: United States of America v. Gary David Goulin
Case #CR 22-476-MEMF

Your Honor,

I am Gary Goulin's husband. Thank you for acknowledging my presence in Court at both the pretrial hearing and the plea hearing.

I am horrified, angered and traumatized by Gary's unconscionable crimes. I consider the exploitation of any child in any way to be abhorrent. These crimes are not excusable. Full stop.

One reason I am still in this picture is that Gary has been steadfast in his remorse and regret, and he continues to work hard to make amends through community service and addiction recovery.

Gary's course for recovery was seriously tested in November 2022, when the federal prosecution caused Gary to lose his plea deal with the L.A. District Attorney. That plea deal entailed no jail time and a standard probation period. After this thunderstrike, Gary found his footing to stay with his recovery. Instead of expressing his anger, he remained remorseful. Gary has never portrayed himself as a victim. Not once.

He religiously follows the construct for recovery he established since his initial arrest on November 4, 2021. This includes weekly therapy and psychiatric sessions, as well as no less than 6 meetings per week with Sexual Compulsives Anonymous. He is a weekly volunteer in the kitchen at Project Angel Food. Gary's unwavering commitment has given me hope that the person I thought I knew is still here, present, beside me.

The second reason I am in the picture is due to two reports by Sharon O'Hara, the L.A. County Court approved psychologist who examined and treated Gary weekly for 55 sessions after his arrest. She concluded in both an interim report and in a final report that Gary is very unlikely to be a repeat offender and he poses no threat to minors.

I have subjugated my own trauma to support Gary. I will never forget the voices of the arresting officers taunting me specifically during the search of my home. I hear their voices every day. But I'm not going to let those memories stop me.

## GARY AND I HAVE BEEN TOGETHER SINCE 1994

Gary and I met in June 1994 on a blind date. We were both 34 years old. I was a young literary agent and a former (practicing) attorney, and Gary was a hospital intensivist. We dated exclusively since our first date, but we didn't share a home until 1998. Since 1998, we have lived together continuously. We married on June 16, 2017, at the Beverly Hills Courthouse.

Our family and friends continue to rely on Gary's integral participation in our daily lives as a positive, enthusiastic and committed supporter. One of Gary's more attractive personality traits is his commitment to always participate in almost any celebration. And that has endured since his arrest.

Additionally, Gary's familial sense of duty directly extended to support the parents of his patients who died. He dutifully paid his respects to the parents in person, often with one or more nurses. There was no hospital protocol for this.

And here I must address a false attribution ascribed to Gary by the prosecution in court and in its press releases - which even mention our address (causing more trauma): Gary never worked as a pediatrician *per se*. He is a certified pediatrician, but his job was a hospital intensivist. I know that isn't a sexy headline. Gary's job was to render medical care for trauma and for pre-surgical and/or post-surgical patients. In fact, since about 2018, Gary's I.C.U. also treated adult patients receiving surgical intervention for congenital heart defects.

Additionally, Gary's professional record is unblemished; it has not been compromised by his pornography addiction. Gary practices a rigid adherence to protocol and policy. True to character, there is no evidence of child pornography on his work computer in his private work office. In the I.C.U., every patient has a dedicated nurse and parents are usually present. There are security cameras everywhere, as well as nursing aides, technicians and cleaning staff. No one in an I.C.U. is sitting around watching porn on their phones.

His reputation is now erased by his crime, but his professional record has not changed.

## GARY TOOK HIS VOLUNTEER WORK VERY SERIOUSLY BEFORE HIS ARREST AND CONTINUES TO DO SO

You may have already read about Gary's annual surgery missions to Ecuador. Gary actually helped organize these volunteer missions, and he helped raise the annual funding.

I remember vividly when Gary was asked to volunteer on a hospital committee creating protocols and training staff for Ebola preparedness, expanding later to COVID. Gary joined this committee with no obligation. Gary personally trained physicians, nurses and staff in conjunction with local police, fire, transportation and health departments. I remember seeing a video of Gary in a hazmat suit showing a team how to clean up spilled human waste from the floor. As Gary's contribution became integral, committee funds subsidized some of his ICU salary.

When Cedars received its first, confirmed COVID patient, an adult male, Gary was one of his treating physicians.

Gary's volunteer work was sometimes on a much smaller scale, but still impactful. He often walked with our elderly neighbor of 20+ years, Sam Bell, who otherwise walked alone using his metal walker. And Gary was always "on call" for our dearest, elderly neighbor, Gina Silvers. Gary always participated in walkathons and other charity events.

And then there is my care. When we first met, Gary knew I have a good chance of incurring permanent blindness. In 1995, he cared for me after I had my first cornea transplant. I've had several transplants and at least 8 hospital surgeries just in the last 4 years. For almost 30 years, Gary has taken excellent care of me. When he's in prison, I have no idea how I will find the physical support I will need

## GARY IS FULLY COMMITTED TO HIS RECOVERY FROM PORN ADDICTION AND TO HELPING OTHER ADDICTS

As he holds the course for recovery, Gary continuously expresses remorse and regret for his failure to seek help, and for the many ways his addiction destroyed our life together and contributed to the harm of minors. Gary is aware.

He wants to be a mentor to other pornography addicts. Upon his release, he wants to mentor addicts outside prison so they don't repeat his mistakes. His compassion, empathy and meticulousness are real gifts that fuel these pursuits. Gary also wants to use his seasoned organization and leadership skills to help raise money for other charities like Project Angelfood where he has been a kitchen volunteer since his arrest.

Thank you for your time reading this lengthy letter.

Sincerely,

Sanford Weinberg

EXHIBIT G
PAGE 12

William Tse, M.D.

1660 Lugano Lane
Del Mar, CA 92014
Telephone: 703-628-4282
weiweidc@gmail.com

8 May 2023

The Honorable Maame Ewusi-Mensah Frimpong
United States District Court, Central District of California
350 West First Street, Courtroom 8B
Los Angeles, CA 90012

Your Honor:

I wish to submit this personal reference for Gary Goulin. I have known Gary for over forty years. In 1979, we met as freshmen at Johns Hopkins University where we both wished to become physicians. We bonded over difficult organic chemistry study sessions as well as the many experiences of growing up through our collegiate years. He has been one of my closest friends ever since. In the four decades I have known Gary, he has always been caring towards others—family, friends as well as patients. He has saved many lives as an ICU specialist and has been a great teacher for medical staff and residents at the hospitals where he served.

Gary has provided invaluable emotional support to me thorough many of my life's challenges. He has been there for me when my father suddenly died at a young age and, more recently, when I was diagnosed with cancer. Our friendship has become closer since I moved to Southern California five years ago, as we have had the chance to see each other in person more often as well as speak over the telephone.

Even in his spare time, he is always trying to help. For many years, he volunteered his vacation time to travel to Latin America to assist with free medical missions to correct life-threatening congenital cardiac defects. His commitment to these missions extended to gathering medical supplies for these charitable efforts abroad. Gary is a devoted physician. He has dedicated his career to providing expert care to critically ill patients. In addition to the many lives he has saved, he has improved the quality of life of many more. I have always been impressed with his integrity and compassion. And I have felt grateful for having him in my life.

When Gary informed me about his arrest, I was stunned as well as incredibly saddened by this news. I had never imagined he would have been in this situation. As his legal journey has unfolded, we have had conversations about his troubles. He has repeatedly told me he showed poor judgement and is responsible for his current situation. He realizes how profoundly this situation will forever impact on his personal and professional life. Despite his current situation, Gary has continued to care for others. He is now volunteering with Project Angel Food and has been a support for his family as his mother faces illness. I know Gary will continue to do good work after his legal issues are settled, helping his family and his community.

Sincerely yours,

*[signature: William Tse]*

EXHIBIT G
PAGE 13