# EXHIBIT H
# SCA MEETINGS

# Gary Goulin
# Sexual Compulsives Anonymous
# Meetings Attended

| Meeting Number | Date | Time | Location | Comments |
|---|---|---|---|---|
| 1 | Wednesday, November 10, 2021 | 7:30 PM | Hollywood, The Village | Meeting for newcomers |
| 2 | Thursday, November 11, 2021 | 7:30 PM | Hollywood, The Village | Introduced self, shared |
| 3 | Friday, November 12, 2021 | 6:30 PM | Silverlake | Shared, read 12 suggested steps of SCA |
| 4 | Saturday, November 13, 2021 | 12:00 PM | Hollywood, The Village | Shared |
| 5 | Sunday, November 14, 2021 | 6:30 PM | Culver City | Shared, read 12 Traditions of SCA |
| 6 | Monday, November 15, 2021 | 8:45 PM | Hollywood, The Village | Shared |
| 7 | Tuesday, November 16, 2021 | 7:30 PM | Orange County | Shared, read 12 suggested steps of SCA |
| 8 | Wednesday, November 17, 2021 | 7:30 PM | Hollywood, The Village | Shared, received 1 week virtual chip |
| 9 | Thursday, November 18, 2021 | 7:30 PM | Hollywood, The Village | Shared, read Statement of Purpose |
| 10 | Friday, November 19, 2021 | 6:30 PM | Silverlake | Shared, got Sponsor (Jose O) |
| 11 | Saturday, November 20, 2021 | 10:00 AM | Long Beach | Shared |
| 12 | Sunday, November 21, 2021 | 6:30 PM | Culver City | Long share |
| 13 | Monday, November 22, 2021 | 8:45 PM | Hollywood, The Village | Shared, read The Promises |
| 14 | Tuesday, November 23, 2021 | 6:30 PM | Van Nuys | Shared |
| 15 | Wednesday, November 24, 2021 | 7:30 PM | Hollywood, The Village | Shared, read 12 Traditions of SCA |
| 16 | Thursday, November 25, 2021 | 10:00 AM | Thanksgiving Gratitude Meeting | Shared |
| 17 | Friday, November 26, 2021 | 6:30 PM | Silverlake | Shared |
| 18 | Saturday, November 27, 2021 | 12:00 PM | Hollywood, The Village | Shared, read The Promises |
| 19 | Sunday, November 28, 2021 | 6:30 PM | Culver City | Shared |
| 20 | Monday, November 29, 2021 | 8:45 PM | Hollywood, The Village | Shared, Read from Chapter 5 of Big Book |
| 21 | Tuesday, November 30, 2021 | 7:30 PM | Orange County | Shared, commented on a reading, read 12 Suggested Steps |
| 22 | Wednesday, December 1, 2021 | 7:30 PM | Hollywood, The Village | Read the !2 suggested steps of SCA |
| 23 | Thursday, December 2, 2021 | 7:30 PM | Hollywood, The Village | Read the Tools of the SCA program, shared |
| 24 | Friday, December 3, 2021 | 6:30 PM | Silverlake | Picked one of the Tools of the SCA Program and spoke about how it's meaningful for me. Shared |
| 25 | Saturday, December 4, 2021 | 12:00 PM | Hollywood, The Village | Shared |
| 26 | Sunday, December 5, 2021 | 6:30 PM | Culver City | Read Statement of Purpose, Shared |
| 27 | Monday, December 6, 2021 | 8:45 AM | Hollywood, The Village | Read Chapter 5: Statement of Purpose of SCA, Shared |
| 28 | Tuesday, December 7, 2021 | 7:30 PM | Orange County | Read Tools of the SCA Program, Shared |
| 29 | Wednesday, December 8, 2021 | 7:30 PM | Hollywood, The Village | Read Statement of Purpose, Shared |
| 30 | Thursday, December 9, 2021 | 7:30 PM | Hollywood, The Village | Read the Gifts of Recovery, Shared |
| 31 | Friday, December 10, 2021 | 6:30 PM | Silverlake | Read the 12 Suggested Steps of SCA, Shared |
| 32 | Saturday, December 11, 2021 | 12:00 PM | Hollywood, The Village | Shared |
| 33 | Sunday, December 12, 2021 | 6:30 PM | Culver City | Shared, read 12 Suugested Steps of SCA, reached out to newcomer (first meeting) |
| 34 | Monday, December 13, 2021 | 8:45 PM | Hollywood, The Village | Read 12 suggested steps; again reached out to newcomer (same one from last evening), shared |
| 35 | Tuesday, December 14, 2021 | 7:30 PM | Orange County | Read 14 characteristics, Shared |
| 36 | Wednesday, December 15, 2021 | 7:30 PM | Hollywood, The Village | Shared |
| 37 | Thursday, December 16, 2021 | 7:30 PM | Hollywood, The Village | Read 12 suggested steps, shared |
| 38 | Friday, December 17, 2021 | 6:30 PM | Silverlake | Picked a Tool f the SCA Program and discussed it; Shared |
| 39 | Saturday, December 18, 2021 | 12:00 PM | Hollywood, The Village | Volunteered to be Timer for everyone's shares, Shared |
| 40 | Sunday, December 19, 2021 | 6:30 PM | Culver City | Read 12 suggested steps, shared, gave closing serenity prayer |
| 41 | Monday, December 20, 2021 | 8:45 PM | Hollywood, The Village | Read from the book 12 Steps and 12 Traditions; Shared |
| 42 | Tuesday, December 21, 2021 | 7:30 PM | Orange County | Read 14 characteristics, read from "big blue book", shared |

| Meeting Number | Date | Time | Location | Comments |
|---|---|---|---|---|
| 43 | Wednesday, December 22, 2021 | 7:30 PM | Hollywood, The Village | Shared |
| 44 | Thursday, December 23, 2021 | 7:30 PM | Hollywood, The Village | Read the Gifts of Recovery, Shared |
| 45 | Friday, December 24, 2021 | 6:30 PM | Silverlake | Read from the "Big Blue Book", shared |
| 46 | Saturday, December 25, 2021 | 12:00 PM | Hollywood, The Village | Read Statement of Purpose, Shared, Socialized after meeting |
| 47 | Sunday, December 26, 2021 | 6:30 PM | Culver City | Shared |
| 48 | Monday, December 27, 2021 | 8:45 PM | Hollywood, The Village | Read "SCA, How it Works", Shared |
| 49 | Tuesday, December 28, 2021 | 7:30 PM | Orange County | Read Tools of the SCA Program, Shared, served as Share Timer |
| 50 | Wednesday, December 29, 2021 | 7:30 PM | Hollywood, The Village | Read 12 suggested steps, shared |
| 51 | Thursday, December 30, 2021 | 7:30 PM | Hollywood, The Village | Read the 12 Suggested Steps of SCA, Shared |
| 52 | Saturday, January 1, 2022 | 6:30 PM (EST) | New York City | Shared |
| 53 | Sunday, January 2, 2022 | 6:30 PM | Culver City | Read SCA Statement of Purpose, Shared |
| 54 | Monday, January 3, 2022 | 8:45 PM | Hollywood, The Village | Read frm 12 Steps and 12 Traditions, Shared |
| 55 | Tuesday, January 4, 2022 | 7:30 PM | Orange County | Shared, read from Big Blue Book |
| 56 | Tuesday, January 5, 2021 | 7:30 PM | Hollywood, The Village | Read SCA Statement of Purpose, Shared |
| 57 | Thursday, January 6, 2022 | 7:30 PM | Hollywood, The Village | Read 12 suggested steps, shared, served as meeting/share timer |
| 58 | Friday, January 7, 2022 | 6:30 PM | Silverlake | Shared |
| 59 | Saturday, January 8, 2022 | 10:00 AM | Long Beach | Shared |
| 60 | Sunday, January 9, 2022 | 6:30 PM | Culver City | Read the 14 characteristics; Shared |
| 61 | Monday, January 10, 2022 | 8:45 PM | Hollywood, The Village | Read from How it Works, Shared |
| 62 | Tuesday, January 11, 2022 | 7:30 PM | Orange County | Read Statement of Purpose, read from 12 Traditions, Shared |
| 63 | Wednesday, January 12, 2022 | 7:30 PM | Hollywood, The Village | Read the 14 characteristics; Shared |
| 64 | Thursday, January 13, 2022 | 10:00 AM | Hollywood, St. Thomas the Apostle | Shared |
| 65 | Friday, January 14, 2022 | 6:30 PM | Silverlake | Shared |
| 66 | Saturday, January 15, 2022 | 10:00 AM | Long Beach | Shared |
| 67 | Sunday, January 16, 2022 | 6:30 PM | Culver City | Read 14 characteristics, Shared |
| 68 | Monday, January 17, 2022 | 8:45 AM | Hollywood, The Village | Read from the book 12 Steps and 12 Traditions; Shared |
| 69 | Tuesday, January 18, 2022 | 7:30 PM | Orange County | Read from Big Blue Book, Shared |
| 70 | Wednesday, January 19, 2022 | 7:30 PM | Hollywood, The Village | Read the 14 characteristics; Shared |
| 71 | Thursday, January 20, 2022 | 7:30 PM | Hollywood, The Village | Read the Gifts of Recovery, Shared |
| 72 | Friday, January 21, 2022 | 6:30 PM | Culver City | Read from the Big Blue Book, Shared |
| 73 | Saturday, January 22, 2022 | 10:00 PM (EST) | New York City | Read from Big Blue Book, Shared |
| 74 | Sunday, January 23, 2022 | 6:30 PM (EST) | New York City | Shared |
| 75 | Monday, January 24, 2022 | 6:30 PM (EST) | New York City | Read the 12 Suggested Steps of SCA, Shared |
| 76 | Tuesday, January 25, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, shared |
| 77 | Wednesday, January 26, 2022 | 7:30 PM | Hollywood, The Village | Read the 12 Suggested Steps of SCA, Shared |
| 78 | Thursday, January 27, 2022 | 7:30 PM | Hollywood, The Village | Read the Tools of the SCA program, served as Share timer |
| 79 | Friday, January 28, 2022 | 6:30 PM | Silverlake | Read from the "Big Blue Book", shared |
| 80 | Saturday, January 29, 2022 | 12:00 PM | Hollywood, The Village | Served as share timer, shared |
| 81 | Sunday, January 30, 2022 | 6:30 PM | Culver City | Read the 12 Suggested Steps of SCA, Shared |
| 82 | Monday, January 31, 2022 | 8:45 PM | Hollywood, The Village | Read from the book 12 Steps and 12 Traditions; Shared |
| 83 | Tuesday, February 1, 2022 | 7:30 PM | Orange County | Read from Big Blue Book, Shared |
| 84 | Wednesday, February 2, 2022 | 7:30 PM | Hollywood, The Village | Read SCA Statement of Purpose, Shared |
| 85 | Thursday, February 3, 2022 | 7:30 PM | Hollywood, The Village | Read the 12 Suggested Steps of SCA, Shared |
| 86 | Friday, February 4, 2022 | 6:30 PM | Silverlake | Served as share timer, shared |
| 87 | Saturday, February 5, 2022 | 10:00 AM | Long Beach | Read the Gifts of Recovery, Shared |
| 88 | Sunday, February 6, 2022 | 6:30 PM (PST) | New York City | Read from the book 12 Steps and 12 Traditions; Shared |
| 89 | Monday, February 7, 2022 | 8:45 PM | Hollywood, The Village | Read the 14 characteristics; Shared |
| 90 | Tuesday, February 8, 2022 | 7:30 PM | Orange County | Read the 12 Suggested Steps of SCA, Shared |

| Meeting Number | Date | Time | Location | Comments |
|---|---|---|---|---|
| 91 | Wednesday, February 9, 2022 | 7:30 PM | Hollywood, The Village | Shared, ELECTED SECRETARY OF THE WEDNESDAY HOLLYWOOD (THE VILLAGE) 7:30 PM MEETING |
| 92 | Thursday, February 10, 2022 | 7:30 PM | Hollywood, The Village | Shared |
| 93 | Friday, February 11, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared |
| 94 | Saturday, February 12, 2022 | 7:00 PM (PST) | New York City | Served as share timer, shared |
| 95 | Sunday, February 13, 2022 | 6:30 PM | Culver City | Read 12 suggested steps, shared |
| 96 | Monday, February 14, 2022 | 6:15 PM | Fairfax Senior Center | GAVE LONG SHARE |
| 97 | Tuesday, February 15, 2022 | 7:30 PM | Orange County | Shared, read 12 suggested steps of SCA |
| 98 | Wednesday, February 16, 2022 | 7:30 PM | Hollywood, The Village | Co-secretary and Leader of meeting, GAVE LONG SHARE |
| 99 | Thursday, February 17, 2022 | 7:30 PM | Hollywood, The Village | Read the 14 characteristics; Shared, served as share timer |
| 100 | Friday, February 18, 2022 | 6:30 - 9:00 PM | SCA LOS ANGELES CONVENTION | SCA LOS ANGELES CONVENTION |
| 101 | Saturday, February 19, 2022 | :45 AM - 5:30 P | SCA LOS ANGELES CONVENTION | SCA LOS ANGELES CONVENTION |
| 102 | Sunday, February 20, 2022 | 00 AM - 12:30 P | SCA LOS ANGELES CONVENTION | SCA LOS ANGELES CONVENTION. ELECTED FUND-RAISING CO-CHAIRMAN FOR NEXT-YEAR'S SCA CONVENTION |
| 103 | Monday, February 21, 2022 | 8:45 PM | Hollywood, The Village | Read the 14 characteristics; Shared |
| 104 | Tuesday, February 22, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, shared |
| 105 | Wednesday, February 23, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 106 | Thursday, February 24, 2022 | 7:30 PM | Hollywood, The Village | Served as share timer, shared |
| 107 | Friday, February 25, 2022 | 7:30 PM | Silverlake | Read SCA Statement of Purpose, Shared |
| 108 | Saturday, February 26, 2022 | 10:00 AM | Long Beach | Shared |
| 109 | Sunday, February 27, 2022 | 6:30 PM | Culver City | Stepped in as meeting secretary, Shared |
| 110 | Monday, February 28, 2022 | 8:45 PM | Hollywood, The Village | Read "SCA, How it Works", Shared |
| 111 | Tuesday, March 1, 2022 | 7:30 PM | Orange County | Read today's affirmation, Shared |
| 112 | Wednesday, March 2, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 113 | Thursday, March 3, 2022 | 7:30 PM | Hollywood, The Village | Shared |
| 114 | Friday, March 4, 2022 | 6:30 PM | Silverlake | Shared |
| 115 | Saturday, March 5, 2022 | 12:00 PM | Hollywood, The Village | Read 12 suggested steps |
| 116 | Sunday, March 6, 2022 | 6:30 PM | Culver City | Served as Secretary of Meeting (secretary did not show up); shared |
| 117 | Monday, March 7, 2022 | 8:45 AM | Hollywood, The Village | Read from AA book |
| 118 | Tuesday, March 8, 2022 | 7:30 PM | Orange County | Read from Big Blue Book, Shared |
| 119 | Wednesday, March 9, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 120 | Thursday, March 10, 2022 | 7:30 PM | Hollywood, The Village | Served as share timer, shared |
| 121 | Friday, March 11, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared |
| 122 | Saturday, March 12, 2022 | 9:00 AM (PST) | New York City | Shared |
| 123 | Sunday, March 13, 2022 | 6:30 PM | Culver City | Shared |
| 124 | Monday, March 14, 2022 | 8:45 PM | Hollywood, The Village | Read the Tools of the SCA program, shared |
| 125 | Tuesday, March 15, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, Read from Big Blue Book, shared |
| 126 | Wednesday, March 16, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 127 | Thursday, March 17, 2022 | 7:30 PM | Hollywood, The Village | Read the 12 Suggested Steps of SCA |
| 128 | Friday, March 18, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared |
| 129 | Saturday, March 19, 2022 | 9:30 AM (CDT) | Kansas City | Shared |
| 130 | Saturday, March 19, 2022 | 11:00 AM | LA Intergroup Meeting | N/A |
| 131 | Sunday, March 20, 2022 | 6:30 PM | Culver City | Served as Secretary of Meeting (secretary did not show up); shared |
| 132 | Monday, March 21, 2022 | 8:45 PM | Hollywood, The Village | Read How it Works, shared |
| 133 | Tuesday, March 22, 2022 | 7:30 PM | Orange County | Read from Group Presentation, Shared |
| 134 | Wednesday, March 23, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 135 | Thursday, March 24, 2022 | 7:30 PM | Hollywood, The Village | Read from Big Blue Book |
| 136 | Friday, March 25, 2022 | 6:30 PM | Silverlake | Read Statement of Purpose, Shared |
| 137 | Saturday, March 26, 2022 | 9:30 AM (CDT) | Kansas City | Shared |
| 138 | Sunday, March 27, 2022 | 6:30 PM | Culver City | |
| 139 | Monday, March 28, 2022 | 8:45 PM | Hollywood, The Village | Read "SCA, How it Works", Shared |
| 140 | Tuesday, March 29, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, shared |
| 141 | Wednesday, March 30, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 142 | Thursday, March 31, 2022 | 7:30 PM | Hollywood, The Village | Read the 12 Suggested Steps of SCA, Shared |
| 143 | Friday, April 1, 2022 | 6:30 PM | Silverlake | Shared |

| Meeting Number | Date | Time | Location | Comments |
|---|---|---|---|---|
| 144 | Saturday, April 2, 2022 | 9:30 AM (CDT) | Kansas City | Read from "Route to Recovery", Shared |
| 145 | Sunday, April 3, 2022 | 10:00 AM | New York City | Read 14 characteristics, Shared |
| 146 | Monday, April 4, 2022 | 8:45 PM | Hollywood, The Village | Read frm 12 Steps and 12 Traditions, Shared |
| 147 | Tuesday, April 5, 2022 | 7:30 PM | Orange County | Served as Secretary of Meeting, Shared |
| 148 | Wednesday, April 6, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 149 | Thursday, April 7, 2022 | 7:30 PM | Hollywood, The Village | Read the 14 characteristics; Shared |
| 150 | Friday, April 8, 2022 | 6:30 PM | Silverlake | Read from the Big Blue Book, Shared |
| 151 | Saturday, April 9, 2022 | 12:00 PM | Hollywood, The Village | Read Statement of Purpose |
| 152 | Sunday, April 10, 2022 | 10:00 PM (EST) | New York City | Read 14 characteristics, Shared |
| 153 | Monday, April 11, 2022 | 8:45 PM | Hollywood, The Village | Read from the book 12 Steps and 12 Traditions; Shared |
| 154 | Tuesday, April 12, 2022 | 7:30 PM | Orange County | Read from Answers in the Heart, Read from the Big Blue Book, shared |
| 155 | Wednesday, April 13, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 156 | Thursday, April 14, 2022 | 7:30 PM | Hollywood, The Village | Served as Spiritual Timekeeper |
| 157 | Friday, April 15, 2022 | 6:30 PM | Silverlake | Read from the Big Blue Book, Shared |
| 158 | Saturday, April 16, 2022 | 11:00 AM | Los Angeles Intergroup | Attended as Secretary of Wednesday PM Meeting |
| 159 | Saturday, April 16, 2022 | 12:00 PM | Hollywood, The Village | Read 12 suggested steps, shared |
| 160 | Sunday, April 17, 2022 | 10:00 PM (EST) | New York City | Read 14 characteristics, Shared |
| 161 | Monday, April 18, 2022 | 8:45 PM | Hollywood, The Village | Read "SCA, How it Works", Shared |
| 162 | Tuesday, April 19, 2022 | 7:30 PM | Orange County | Read the Daily Meditation, Shared |
| 163 | Wednesday, April 20, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 164 | Thursday, April 21, 2022 | 7:30 PM | Hollywood, The Village | Served as Spiritual Timekeeper, Shared |
| 165 | Friday, April 22, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared |
| 166 | Saturday, April 23, 2022 | 12:00 PM | Hollywood, The Village | Shared |
| 167 | Sunday, April 24, 2022 | 6:30 PM | Culver City | Read 12 suggested steps, read Closing Statement, Shared |
| 168 | Monday, April 25, 2022 | 8:45 PM | Hollywood, The Village | Read from AA book |
| 169 | Tuesday, April 26, 2022 | 7:30 PM | Orange County | Read the 14 characteristics; Shared |
| 170 | Wednesday, April 27, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 171 | Thursday, April 28, 2022 | 7:30 PM | Hollywood, The Village | Did not share; preferred to listen to shares |
| 172 | Friday, April 29, 2022 | 6:30 PM | Silverlake | Read Statement of Purpose, Shared |
| 173 | Saturday, April 30, 2022 | 10:00 PM (EDT) | New York City | Read 12 Suggested Steps, Read from Big Blue Book, Shared |
| 174 | Sunday, May 1, 2022 | 6:30 PM (EDT) | New York City | Served as Spiritual Timekeeper, read from 12/12, Shared |
| 175 | Monday, May 2, 2022 | 8:45 PM | Hollywood, The Village | Read 14 characteristics, Read from 12 Steps &12 Traditions, Shared |
| 176 | Tuesday, May 3, 2022 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Read from Big Blue Book, Shared |
| 177 | Wednesday, May 4, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 178 | Thursday, May 5, 2022 | 7:30 PM | Hollywood, The Village | Read the 12 Suggested Steps of SCA, Shared |
| 179 | Friday, May 6, 2022 | 6:30 PM | Silverlake | Read the 12 Suggested Steps of SCA, Shared |
| 180 | Saturday, May 7, 2022 | 12:00 PM | Hollywood, The Village | Read the 12 Traditions, insufficient time to share |
| 181 | Sunday, May 8, 2022 | 6:30 PM | Culver City | Read 14 characteristics, read the Tools of the SCA Program, Shared |
| 182 | Monday, May 9, 2022 | 8:45 PM | Hollywood, The Village | Read the 12 Traditions, Shared |
| 183 | Tuesday, May 10, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, shared |
| 184 | Wednesday, May 11, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared |
| 185 | Thursday, May 12, 2022 | 7:30 PM | Hollywood, The Village | GAVE LONG SHARE |
| 186 | Friday, May 13, 2022 | 6:30 PM | Silverlake | Read 14 characteristics, read from "big blue book", shared |
| 187 | Saturday, May 14, 2022 | 12:00 PM | Hollywood, The Village | Served as share timer, shared |
| 188 | Sunday, May 15, 2022 | 6:30 PM | Culver City | Read SCA Statement of Purpose, 14 Characteristics, Closing Statement, Shared |
| 189 | Monday, May 16, 2022 | 8:45 PM | Hollywood, The Village | Read from 12 Steps and 12 Traditions, Shared |

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 190 | Tuesday, May 17, 2022 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Read from Big Blue Book, Shared | |
| 191 | Wednesday, May 18, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |
| 192 | Thursday, May 19, 2022 | 7:30 PM | Hollywood, The Village | Served as Spiritual Timekeeper, Shared | |
| 193 | Saturday, May 21, 2022 | 12:00 PM | Hollywood, The Village | Served as Spiritual Timekeeper, Shared | |
| 194 | Sunday, May 22, 2022 | 6:30 PM | Culver City | Served as Secretary of Meeting (secretary did not show up) | |
| 195 | Monday, May 23, 2022 | 8:45 PM | Hollywood, The Village | Read "SCA, How it Works", Shared | |
| 196 | Tuesday, May 24, 2022 | 7:30 PM | Orange County | Served as Secretary of Meeting (secretary did not show up), shared | |
| 197 | Wednesday, May 25, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |
| 198 | Thursday, May 26, 2022 | 7:30 PM | Hollywood, The Village | Served as Spiritual Timekeeper, Shared | |
| 199 | Friday, May 27, 2022 | 6:30 PM | Silverlake | Read 12 Suggested Steps, Read from Big Blue Book, Shared | |
| 200 | Saturday, May 28, 2022 | 12:00 PM | Hollywood, The Village | Served as Spiritual Timekeeper, Read the 12 Traditions | |
| 201 | Sunday, May 29, 2022 | 6:30 PM | Culver City | SCA Retreat. Meeting canceled | |
| 202 | Monday, May 30, 2022 | 10:00 PM (EDT) | New York City | Holiday. Meeting canceled | |
| 203 | Tuesday, May 31, 2022 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Read from Hope & Recovery, Shared | |
| 204 | Wednesday, June 1, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |
| 205 | Thursday, June 2, 2022 | 7:30 PM | Hollywood, The Village | Read the Tools of the SCA program, Served as spiritual timer, shared | |
| 206 | Friday, June 3, 2022 | 6:30 PM | Silverlake | Read Tools of the SCA Program, Shared | |
| 207 | Saturday, June 4, 2022 | 12:00 PM | Hollywood, The Village | Read 12 Suggested Steps, Read from Hope & Recovery, Served as Spiritual Timekeeper | |
| 208 | Sunday, June 5, 2022 | 6:30 PM | Culver City | Pride Festival. Meeting Canceled | |
| 209 | Monday, June 6, 2022 | 8:45 PM | Hollywood, The Village | Read 12 Traditions; Read from the big AA book, shared | |
| 210 | Tuesday, June 7, 2022 | 7:30 PM | Orange County | Read 14 characteristics, read from Big Blue Book, Shared | |
| 211 | Tuesday, June 14, 2022 | 7:30 PM | Orange County | Read 14 characteristics, Shared | |
| 212 | Wednesday, June 15, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |
| 213 | Thursday, June 16, 2022 | 7:00 PM | | Convention Officer Meeting | |
| 214 | Friday, June 17, 2022 | 6:30 PM | Silverlake | Read the Tools of the SCA program, read from Big Blue Book, shared | |
| 215 | Saturday, June 18, 2022 | 12:00 PM | Hollywood, The Village | Read from Hope and Recovery, Read the 12 Traditions | |
| 216 | Monday, June 20, 2022 | 8:45 PM | Hollywood, The Village | Read the 14 characteristics; read from 12 and 12; Shared | |
| 217 | Tuesday, June 21, 2022 | 7:30 PM | Orange County | Read Statement of Purpose, Read from Big Blue Book, Shared | |
| 218 | Wednesday, June 22, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |
| 219 | Thursday, June 23, 2022 | 7:30 PM | Hollywood, The Village | **Read 14 Characteristics, Shared, Served as Share Timer** | In-Person Meeting |
| 220 | Friday, June 24, 2022 | 6:30 PM | Silverlake | Read from the Big Blue Book, Shared | |
| 221 | Saturday, June 25, 2022 | 12:00 PM | Hollywood, The Village | **Read 14 Characteristics, Served as Share Timer, Shared** | In-Person Meeting |
| 222 | Monday, June 27, 2022 | 8:45 PM | Hollywood, The Village | Read How it Works, shared | |
| 223 | Tuesday, June 28, 2022 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Shared | |
| 224 | Wednesday, June 29, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |
| 225 | Thursday, June 30, 2022 | 7:30 PM | Hollywood, The Village | **Read 12 Suggested Steps, Shared** | In-Person Meeting |
| 226 | Friday, July 1, 2022 | 6:30 PM | Silverlake | Shared | |
| 227 | Saturday, July 2, 2022 | 12:00 PM | Hollywood, The Village | **Served as Spiritual Timekeeper, Shared** | In-Person Meeting |
| 228 | Tuesday, July 5, 2022 | 7:30 PM | Orange County | Read Statement of Purpose, Shared | |
| 229 | Wednesday, July 6, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |

EXHIBIT H
PAGE 5

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 230 | Thursday, July 7, 2022 | 7:30 PM | Hollywood, The Village | Read 12 Suggested Steps, Gave Long Share | In-Person Meeting |
| 231 | Friday, July 8, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 232 | Saturday, July 9, 2022 | 12:00 PM | Hollywood, The Village | Served as Spiritual Timekeeper, Read 12 Traditions, Shared | In-Person Meeting |
| 233 | Sunday, July 10, 2022 | 10:00 PM (EDT) | New York City | Shared | |
| 234 | Monday, July 11, 2022 | 8:45 PM | Hollywood, The Village | Read from 12 Steps and 12 Traditions, Shared | |
| 235 | Tuesday, July 12, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, Read from Big Blue Book, shared | |
| 236 | Wednesday, July 13, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |
| 237 | Thursday, July 14, 2022 | 7:30 PM | Hollywood, The Village | Read "The Promises", shared | In-Person Meeting |
| 238 | Friday, July 15, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 239 | Saturday, July 16, 2022 | 12:00 PM | Hollywood, The Village | Read "Acceptance Prayer", Shared | In-Person Meeting |
| 240 | Sunday, July 17, 2022 | 10:00 PM (EDT) | New York City | Read 12 suggested steps, shared | |
| 241 | Monday, July 18, 2022 | 8:45 PM | Hollywood, The Village | Read "How it Works", Shared | |
| 242 | Tuesday, July 19, 2022 | 7:30 PM | Orange County | Leader of Meeting, Read "Tools of the Program", Shared | |
| 243 | Wednesday, July 20, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |
| 244 | Thursday, July 21, 2022 | 7:30 PM | Hollywood, The Village | Read 14 characteristics, Shared | In-Person Meeting |
| 245 | Friday, July 22, 2022 | 6:30 PM | Silverlake | Read from the Big Blue Book, Shared | |
| 246 | Saturday, July 23, 2022 | 12:00 PM | Hollywood, The Village | Gave Long Share | In-Person Meeting |
| 247 | Sunday, July 24, 2022 | 10:00 PM (EDT) | New York City | Read 12 suggested steps, Shared | |
| 248 | Monday, July 25, 2022 | 8:45 PM | Hollywood, The Village | Read from AA book | |
| 249 | Tuesday, July 26, 2022 | 7:30 PM | Orange County | Read Tools of the SCA Program, Read from Big Blue Book, Shared | |
| 250 | Wednesday, July 27, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | |
| 251 | Thursday, July 28, 2022 | 7:30 PM | Hollywood, The Village | Read "SCA, How it Works", Shared | In-Person Meeting |
| 252 | Sunday, July 31, 2022 | 10:00 PM (EDT) | New York City | Read Answers in the Heart, Shared | |
| 253 | Monday, August 1, 2022 | 8:45 AM | Hollywood, The Village | Read from 12 Steps and 12 Traditions, Shared | |
| 254 | Tuesday, August 2, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, Read from Big Blue Book shared | |
| 255 | Wednesday, August 3, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 256 | Friday, August 5, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 256 | Saturday, August 6, 2022 | 12:00 PM | Hollywood, The Village | Read fro Hope and Recovery, Read Closing Statement, Shared | In-Person Meeting |
| 257 | Sunday, August 7, 2022 | 10:00 AM | Van Ness Recovery House | Read the 14 characteristics; Shared | |
| 258 | Monday, August 8, 2022 | 8:45 PM | Hollywood, The Village | Read "How it Works", Shared | |
| 259 | Tuesday, August 9, 2022 | 7:30 PM | Orange County | Read 14 characteristics, Shared, Read from Big Blue Book, Served as Co-Secretary | |
| 260 | Wednesday, August 10, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 261 | Thursday, August 11, 2022 | 10:00 AM | Hollywood, St. Thomas the Apostle | Read How it Works | |
| 262 | Thursday, August 11, 2022 | 7:30 PM | Hollywood, The Village | Read 14 characteristics, Shared | In-Person Meeting |
| 263 | Friday, August 12, 2022 | 6:30 PM | Silverlake | Read Statement of Purpose, Read from Big Blue Book | |
| 264 | Saturday, August 13, 2022 | 12:00 PM | Hollywood, The Village | Read "The Promises", shared | In-Person Meeting |
| 265 | Sunday, August 14, 2022 | 10:00 PM (EDT) | New York City | Read 12 suggested steps, shared | |
| 266 | Monday, August 15, 2022 | 8:45 PM | Hollywood, The Village | Read 14 characteristics, Shared | |
| 267 | Tuesday, August 16, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, shared | |

EXHIBIT H
PAGE 6

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 268 | Wednesday, August 17, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 269 | Friday, August 19, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 270 | Sunday, August 21, 2022 | 10:00 AM | Van Ness Recovery House | Served as Spiritual Timekeeper, Shared | |
| 271 | Monday, August 22, 2022 | 8:45 PM | Hollywood, The Village | Read How it Works, shared | |
| 272 | Tuesday, August 23, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, read from Big Blue Book, shared | |
| 273 | Wednesday, August 24, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 274 | Friday, August 26, 2022 | 6:30 PM | Silverlake | Read 12 suggested steps, shared | |
| 275 | Saturday, August 27, 2022 | 12:00 PM | Hollywood, The Village | Read 14 characteristics, Shared | In-Person Meeting |
| 276 | Tuesday, August 30, 2022 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Read from Big Blue Book, Shared | |
| 277 | Wednesday, August 31, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 278 | Friday, September 2, 2022 | 6:30 PM | Silverlake | Shared | |
| 279 | Saturday, September 3, 2022 | 12:00 PM | Hollywood, The Village | Read 12 Suggested Steps, Shared | In-Person Meeting |
| 280 | Sunday, September 4, 2022 | 10:00 PM (EDT) | New York City | Read 12 suggested steps, shared | |
| 281 | Monday, September 5, 2022 | 8:45 PM | Hollywood, The Village | Read How it Works, shared | |
| 282 | Tuesday, September 6, 2022 | 7:30 PM | Orange County | Acting Leader of Meeting, Shared | |
| 283 | Wednesday, September 7, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 284 | Wednesday, September 14, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 285 | Friday, September 16, 2022 | 6:30 PM | Silverlake | Read SCA Statement of Purpose, Read from Big Blue Book, Shared | |
| 286 | Saturday, September 17, 2022 | 12:00 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 287 | Sunday, September 18, 2022 | 10:00 AM | Van Ness Recovery House | Served as Spiritual Timekeeper, Shared | |
| 288 | Monday, September 19, 2022 | 8:45 PM | Hollywood, The Village | Read "How it Works", Read from 12 & 12 | |
| 289 | Tuesday, September 20, 2022 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Shared | |
| 290 | Wednesday, September 21, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 291 | Wednesday, September 28, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 292 | Friday, September 30, 2022 | 6:30 PM | Silverlake | Read 12 Suggested Steps, Read from Big Blue Book, Shared | |
| 293 | Saturday, October 1, 2022 | 12:00 PM | Hollywood, The Village | | |
| 294 | Sunday, October 2, 2022 | 10:00 AM | Van Ness Recovery House | Read 12 Suggested Steps, Shared | |
| 295 | Monday, October 3, 2022 | 8:45 PM | Hollywood, The Village | Read 12 Suggested Steps, Shared | |
| 296 | Tuesday, October 4, 2022 | 7:30 PM | Orange County | Acting Secretary for Meeting; Read daily meditation, Read from Big Blue Book, Shared | |
| 297 | Wednesday, October 5, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 298 | Friday, October 7, 2022 | 6:30 PM | Silverlake | Read from Tools of the Program, Shared | |
| 299 | Saturday, October 8, 2022 | 12:00 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 300 | Sunday, October 9, 2022 | 10:00 PM (EDT) | New York City | Read 12 Suggested Steps, Shared | |
| 301 | Monday, October 10, 2022 | 8:45 PM | Hollywood, The Village | Read 12 Traditions; Read from the big AA book, shared | |
| 302 | Tuesday, October 11, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA program, shared | |
| 303 | Wednesday, October 12, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 304 | Friday, October 14, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 305 | Saturday, October 15, 2022 | 12:00 PM | Hollywood, The Village | Read 14 Characteristics, Read from Hope & Recovery, Shared | In-Person Meeting |
| 306 | Sunday, October 16, 2022 | 10:00 AM | Van Ness Recovery House | Served as Spiritual Timekeeper, Read Closing Statement, Shared | |
| 307 | Monday, October 17, 2022 | 8:45 PM | Hollywood, The Village | Acting Leader of Meeting, Shared | |

EXHIBIT H
PAGE 7

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 308 | Tuesday, October 18, 2022 | 6:00 PM | Long Beach | Read 14 Characteristics, Read the Promises | |
| 309 | Wednesday, October 19, 2022 | 7:30 PM | Hollywood, The Village | **Leader and Secretary of Meeting; Gave long share** | In-Person Meeting |
| 310 | Friday, October 21, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 311 | Saturday, October 22, 2022 | 12:00 PM | Hollywood, The Village | Read Closing Statement | |
| 312 | Sunday, October 23, 2022 | 1:00 PM | San Diego | SCA Convention Meeting | |
| 313 | Monday, October 24, 2022 | 8:45 PM | Hollywood, The Village | Read How it Works, shared | |
| 314 | Tuesday, October 25, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA Program, Read from Big Blue Book, Shared | |
| 315 | Wednesday, October 26, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 317 | Friday, October 28, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Read Tools of the Program, Shared | |
| 318 | Saturday, October 29, 2022 | 12:00 PM | Hollywood, The Village | Read 12 Suggested Steps, Shared | In-Person Meeting |
| 319 | Sunday, October 30, 2022 | 10:00 AM | Van Ness Recovery House | Read 12 Suggested Steps, Served as Spiritual Timer, shared | |
| 320 | Tuesday, November 1, 2022 | 7:30 PM | Orange County | Read the Tools of the SCA Program, Shared | |
| 321 | Wednesday, November 2, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 322 | Friday, November 4, 2022 | 6:30 PM | Silverlake | Read Tools of the SCA Program | |
| 323 | Saturday, November 5, 2022 | 12:00 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 324 | Sunday, November 6, 2022 | 10:00 AM | Van Ness Recovery House | Read 12 Suggested Steps, Shared | |
| 325 | Monday, November 7, 2022 | 8:45 PM | Hollywood, The Village | Read How it Works, Shared | |
| 326 | Tuesday, November 8, 2022 | 7:30 PM | Orange County | Acting Leader of Meeting, Shared | |
| 327 | Wednesday, November 9, 2022 | 7:30 PM | Hollywood, The Village | **Leader and Secretary of Meeting; Gave long share** | In-Person Meeting |
| 328 | Friday, November 11, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | In-Person Meeting |
| 329 | Saturday, November 12, 2022 | 12:00 PM | Hollywood, The Village | Acting Leader of Meeting, Shared | In-Person Meeting |
| 330 | Sunday, November 13, 2022 | 10:00 AM | Van Ness Recovery House | Shared, served as spiritual timer, Read Tools of SCA | |
| 331 | Monday, November 14, 2022 | 8:45 PM | Hollywood, The Village | Read 12 Traditions | |
| 332 | Tuesday, November 15, 2022 | 7:30 PM | Orange County | Read 14 Characteristics, Read from Big Blue Book, Shared | |
| 333 | Wednesday, November 16, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 334 | Friday, November 18, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 335 | Saturday, November 19, 2022 | 12:00 PM | Hollywood, The Village | Read 12 Suggested Steps, Shared | In-Person Meeting |
| 336 | Sunday, November 20, 2022 | 10:00 AM | Van Ness Recovery House | Shared | |
| 337 | Tuesday, November 22, 2022 | 7:30 PM | Orange County | Read the 14 characteristics, Read from Big Blue Book, shared | |
| 338 | Friday, November 25, 2022 | 6:30 PM | Silverlake | Read SCA Statement of Purpose, shared | |
| 339 | Sunday, November 27, 2022 | 7:00 PM (PST) | New York City | Read 12 Suggested Steps, Shared | |
| 340 | Monday, November 28, 2022 | 8:45 PM | Hollywood, The Village | Read "How it Works" | |
| 341 | Tuesday, November 29, 2022 | 7:30 PM | Orange County | Read 14 characteristics, read from "big blue book", shared | |
| 342 | Wednesday, November 30, 2022 | 7:30 PM | Hollywood, The Village | **Leader and Secretary of Meeting; Gave long share (Sexual Recovery Plan)** | In-Person Meeting |
| 343 | Saturday, December 3, 2022 | 12:00 PM | Hollywood, The Village | Read 12 Suggested Steps, Shared | In-Person Meeting |
| 344 | Sunday, December 4, 2022 | 10:00 AM | Van Ness Recovery House | Shared | |
| 345 | Monday, December 5, 2022 | 8:45 PM | Hollywood, The Village | Read 14 Characteristics | |
| 346 | Tuesday, December 6, 2022 | 7:30 PM | Orange County | Read SCA Statement of Purpose, read from Big Blue Book, shared | |
| 347 | Wednesday, December 7, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 348 | Thursday, December 8, 2022 | 10:00 PM (EST) | New York City | Read 14 characteristics, Shared | |

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 349 | Friday, December 9, 2022 | 6:30 PM | Silverlake | Read Statement of Purpose, Shared | |
| 350 | Saturday, December 10, 2022 | 12:00 PM | Hollywood, The Village | Read Statement of Purpose, Shared | In-Person Meeting |
| 351 | Sunday, December 11, 2022 | 10:00 AM | Van Ness Recovery House | Shared | |
| 352 | Monday, December 12, 2022 | 8:45 PM | Hollywood, The Village | Acting Leader of Meeting, Shared | |
| 353 | Tuesday, December 13, 2022 | 7:30 PM | Orange County | Acting Leader of Meeting, Read from Big Blue Book, Shared | |
| 354 | Wednesday, December 14, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 355 | Thursday, December 15, 2022 | 10:00 PM (EST) | New York City | Read 14 Characteristics, Shared | |
| 356 | Friday, December 16, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book | |
| 357 | Saturday, December 17, 2022 | 12:00 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 358 | Sunday, December 18, 2022 | 10:00 AM | Van Ness Recovery House | Read 12 Suggested Steps, Shared | |
| 359 | Monday, December 19, 2022 | 8:45 PM | Hollywood, The Village | Acting Leader of Meeting, Read from Big Blue Book, Shared | |
| 360 | Tuesday, December 20, 2022 | 7:30 PM | Orange County | Read from Big Blue Book , Shared | |
| 361 | Wednesday, December 21, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 362 | Thursday, December 22, 2022 | 10:00 PM (EDT) | New York City | Read 12 Suggested Steps, Shared | |
| 363 | Friday, December 23, 2022 | 6:30 PM | Silverlake | Read SCA Statement of Purpose | |
| 364 | Saturday, December 24, 2022 | 12:00 PM | Hollywood, The Village | Read 14 characteristics, Shared | In-Person Meeting |
| 365 | Monday, December 26, 2022 | 6:15 PM | Fairfax Senior Center | Read SCA Statement of Purpose, Read the Promises, Shared | |
| 366 | Tuesday, December 27, 2022 | 7:30 PM | Orange County | Read 14 Characteristics, | |
| 367 | Wednesday, December 28, 2022 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 368 | Friday, December 30, 2022 | 6:30 PM | Silverlake | Read from Big Blue Book , Shared | |
| 369 | Saturday, December 31, 2022 | 12:00 PM | Hollywood, The Village | Read the 14 characteristics; Shared | In-Person Meeting |
| 370 | Sunday, January 1, 2023 | 10:00 PM (EST) | New York City | Read SCA Statement of Purpose Shared | |
| 371 | Tuesday, January 3, 2023 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Read from Big Blue Book, Shared | |
| 372 | Wednesday, January 4, 2023 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 373 | Friday, January 6, 2023 | 6:30 PM | Silverlake | Shared | |
| 374 | Saturday, January 7, 2023 | 12:00 PM | Hollywood, The Village | Read Statement of Purpose, Shared | In-Person Meeting |
| 375 | Sunday, January 8, 2023 | 10:00 PM (EST) | New York City | Read 12 suggested steps, shared | |
| 376 | Monday, January 9, 2023 | 8:45 PM | Hollywood, The Village | Read from AA book | |
| 377 | Tuesday, January 10, 2023 | 7:30 PM | Orange County | Read the Tools of the SCA Program, Read from 12 Steps and 12 Traditions, Shared | |
| 378 | Wednesday, January 11, 2023 | 7:30 PM | Hollywood, The Village | Secretary. Literature Representative, Spiritual Timer and Leader of Meeting | In-Person Meeting |
| 379 | Friday, January 13, 2023 | 6:30 PM | Silverlake | Read Statement of Purpose, read from Big Blue Book, Shared | |
| 380 | Saturday, January 14, 2023 | 12:00 PM | Hollywood, The Village | Read 12 Suggested Steps, Shared | |
| 381 | Sunday, January 15, 2023 | 10:00 AM | Van Ness Recovery House | Read 14 characteristics, Shared | |
| 382 | Monday, January 16, 2023 | 8:45 PM | Hollywood, The Village | Read 14 Characteristics, Shared | |
| 383 | Tuesday, January 17, 2023 | 7:30 PM | Orange County | Read Tools of the SCA Program, Shared | |
| 384 | Wednesday, January 18, 2023 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 385 | Friday, January 20, 2023 | 6:30 PM | Silverlake | Read SCA Statement of Purpose Shared | |
| 386 | Saturday, January 21, 2023 | 12:00 PM | Hollywood, The Village | Acting Leader of Meeting, Shared | In-Person Meeting |
| 387 | Sunday, January 22, 2023 | 10:00 PM (EST) | New York City | Read 14 characteristics, Shared | |
| 388 | Monday, January 23, 2023 | 8:45 PM | Hollywood, The Village | Read How it Works | |
| 389 | Tuesday, January 24, 2023 | 7:30 PM | Orange County | Read 12 Traditions, Shared | |
| 390 | Wednesday, January 25, 2023 | 7:30 PM | Hollywood, The Village | Secretary and Leader of Meeting, Shared | In-Person Meeting |
| 391 | Friday, January 27, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book, Read Tools of the Program, Shared | |

EXHIBIT H
PAGE 9

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 392 | Saturday, January 28, 2023 | 12:00 PM | Hollywood, The Village | Shared | |
| 393 | Sunday, January 29, 2023 | 10:00 PM (EST) | New York City | Read 14 Characteristics, Shared | |
| 394 | Tuesday, January 31, 2023 | 7:30 PM | Orange County | Acting Leader of Meeting, Shared | |
| 395 | Wednesday, February 1, 2023 | 7:30 PM | Hollywood, The Village | Read 14 Characteristics, Shared | In-Person Meeting |
| 396 | Tuesday, February 7, 2023 | 7:30 PM | Orange County | Read 14 characteristics, Shared | |
| 397 | Wednesday, February 8, 2023 | 7:30 PM | Hollywood, The Village | Read Statement on Service and Sponsorship, Shared | In-Person Meeting |
| 398 | Friday, February 10, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 399 | Saturday, February 11, 2023 | 12:00 PM | Hollywood, The Village | Read Tools of the SCA Program, Shared | In-Person Meeting |
| 400 | Monday, February 13, 2023 | 8:45 PM | Hollywood, The Village | Read from 12 Steps and 12 Traditions | |
| 401 | Tuesday, February 14, 2023 | 7:30 PM | Orange County | Shared | |
| 402 | Wednesday, February 15, 2023 | 7:30 PM | Hollywood, The Village | Read SCA Statement of Purpose Shared | In-Person Meeting |
| 403 | Friday, February 17, 2023 | 7:30 PM | Plummer Park | SCA Convention Keynote Speaker | |
| 404 | Sunday, February 19, 2023 | 12:00 PM | Plummer Park | SCA Convention Final Meeting | |
| 405 | Monday, February 20, 2023 | 8:45 PM | Hollywood, The Village | Acting Leader of Meeting, Read from 12 Steps and 12 Traditions, Shared | |
| 406 | Tuesday, February 21, 2023 | 7:30 PM | Orange County | Acting Leader of Meeting, Shared | |
| 407 | Wednesday, February 22, 2023 | 7:30 PM | Hollywood, The Village | Shared | |
| 408 | Saturday, February 25, 2023 | 12:00 PM | Hollywood, The Village | Audiovisual Person, Shared | In-Person Meeting |
| 409 | Sunday, February 26, 2023 | 10:00 PM (EST) | New York City | Read 14 Characteristics, shared | |
| 410 | Monday, February 27, 2023 | 8:45 PM | Hollywood, The Village | Read from 12 Steps and 12 Traditions | |
| 411 | Tuesday, February 28, 2023 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Shared | |
| 412 | Wednesday, March 1, 2023 | 7:30 PM | Hollywood, The Village | Acting Secretary for Meeting, Read 12 Suggested Steps, Shared | In-Person Meeting |
| 413 | Friday, March 3, 2023 | 6:30 PM | Silverlake | Read 12 Suggested steps, shared | |
| 414 | Saturday, March 4, 2023 | 12:00 PM | Hollywood, The Village | **GAVE LONG SHARE** | In-Person Meeting |
| 415 | Sunday, March 5, 2023 | 10:00 PM (EST) | New York City | Read 14 Characteristics, Shared | |
| 416 | Monday, March 6, 2023 | 8:45 PM | Hollywood, The Village | Read "How it Works", Shared | |
| 417 | Tuesday, March 7, 2023 | 7:30 PM | Orange County | Read 12 Suggested steps, Read from Big Blue Book, Shared | |
| 418 | Wednesday, March 8, 2023 | 7:30 PM | Hollywood, The Village | Read 12 Suggested Steps, Shared | In-Person Meeting |
| 419 | Friday, March 10, 2023 | 6:30 PM | Silverlake | Read Statement of Purpose, Read from Big Blue Book, Shared | |
| 420 | Saturday, March 11, 2023 | 12:00 PM | Hollywood, The Village | Read Statement of Purpose, Shared | In-Person Meeting |
| 421 | Monday, March 13, 2023 | 8:45 PM | Hollywood, The Village | Acting Leader of Meeting, Shared | |
| 422 | Tuesday, March 14, 2023 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Read from Big Blue Book, Shared | |
| 423 | Friday, March 17, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book | |
| 424 | Saturday, March 18, 2023 | 12:00 PM | Hollywood, The Village | Read 12 Traditions, Shared | In-Person Meeting |
| 425 | Sunday, March 19, 2023 | 10:00 PM (EDT) | New York City | Read Answers in the Heart, Shared | |
| 426 | Monday, March 20, 2023 | 8:45 PM | Hollywood, The Village | Read from Big Blue Book, Shared | |
| 427 | Tuesday, March 21, 2023 | 7:30 PM | Orange County | Read 14 Characteristics, Shared | |
| 428 | Wednesday, March 22, 2023 | 7:30 PM | Hollywood, The Village | Read 14 characteristics, Shared | In-Person Meeting |
| 429 | Saturday, March 25, 2023 | 12:00 PM | Hollywood, The Village | Served as Audio-Visual Person, Read from Big Blue Book, Shared | In-Person Meeting |
| 432 | Sunday, March 26, 2023 | 10:00 PM (EDT) | New York City | | |
| 433 | Thursday, March 30, 2023 | 10:00 PM (EDT) | New York City | Shared | |
| 434 | Friday, March 31, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 435 | Friday, April 7, 2023 | 6:30 PM | Silverlake | Read 12 suggested steps | |
| 436 | Saturday, April 8, 2023 | 12:00 PM | Hollywood, The Village | Read Closing Statement, Shared | In-Person Meeting |
| 437 | Sunday, April 9, 2023 | 10:00 PM (EDT) | New York City | Shared | |
| 438 | Tuesday, April 11, 2023 | 7:30 PM | Orange County | Read the Tools of the SCA program, shared | |

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 439 | Wednesday, April 12, 2023 | 7:30 PM | Hollywood, The Village | Read Statement on Sponsorship, Shared | In-Person Meeting |
| 440 | Friday, April 14, 2023 | 6:30 PM | Silverlake | Read 12 Suggested Steps, Shared | |
| 441 | Saturday, April 15, 2023 | 12:00 PM | Hollywood, The Village | Read Tools of the SCA Program, Shared | In-Person Meeting |
| 442 | Monday, April 17, 2023 | 8:45 PM | Hollywood, The Village | Read How it Works, Shared | |
| 443 | Tuesday, April 18, 2023 | 7:30 PM | Orange County | Read SCA Statement of Purpose Shared | |
| 444 | Wednesday, April 19, 2023 | 7:30 PM | Hollywood, The Village | Read SCA Statement of Purpose Shared | In-Person Meeting |
| 445 | Friday, April 21, 2023 | 6:30 PM (EDT) | Silverlake | Read from Big Blue Book , Shared | |
| 446 | Saturday, April 22, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Read from Hope and Recovery, Shared | In-Person Meeting |
| 447 | Sunday, April 23, 2023 | 10:00 PM (EST) | New York City | Read 12 Suggested Steps, Shared | |
| 448 | Tuesday, April 25, 2023 | 7:30 PM | Orange County | Leader of Meeting, Shared | |
| 449 | Friday, April 28, 2023 | 6:30 PM | Silverlake | Shared | In-Person Meeting |
| 450 | Saturday, April 29, 2023 | 12:00 PM | Hollywood, The Village | Read 12 Suggested Steps, Shared | In-Person Meeting |
| 451 | Sunday, April 30, 2023 | 10:00 PM (EST) | New York City | Read 14 characteristics, Shared | |
| 452 | Monday, May 1, 2023 | 8:45 PM | Hollywood, The Village | Leader of Meeting, Shared | |
| 453 | Tuesday, May 2, 2023 | 7:30 PM | Orange County | Read 12 Suggested Steps, Shared | |
| 454 | Wednesday, May 3, 2023 | 7:30 PM | Hollywood, The Village | Read SCA Statement of Purpose Shared | In-Person Meeting |
| 455 | Friday, May 5, 2023 | 6:30 PM | Silverlake | Read SCA Statement of Purpose | |
| 456 | Saturday, May 6, 2023 | 12:00 PM | Hollywood, The Village | Read 14 Characteristics, Read from Hope & Recovery, Shared | In-Person Meeting |
| 457 | Sunday, May 7, 2023 | 10:00 PM (EDT) | New York City | Shared | |
| 458 | Monday, May 8, 2023 | 8:45 PM | Hollywood, The Village | Read 14 Characteristics, Shared | |
| 459 | Tuesday, May 9, 2023 | 7:30 PM | Orange County | Read SCA Statement of Purpose, Read from Big Blue Book, Shared | |
| 460 | Wednesday, May 10, 2023 | 7:30 PM | Hollywood, The Village | Read SCA Statement of Purpose Shared | In-Person Meeting |
| 461 | Friday, May 12, 2023 | 6:30 PM | Silverlake | Read the Tools of the SCA program, Read from Big Blue Book, shared | |
| 462 | Saturday, May 13, 2023 | 12:00 PM | Hollywood, The Village | Read Closing Statement, Read from Big Blue Book, served as audiovisual person, Shared | In-Person Meeting |
| 463 | Sunday, May 14, 2023 | 10:00 PM (EDT) | New York City | Sereved as Spiritual Timekeeper | |
| 464 | Tuesday, May 16, 2023 | 7:30 PM | Orange County | Read the Tools of the SCA program, Read from Big Blue Book, shared | |
| 465 | Friday, May 19, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book | |
| 466 | Saturday, May 20, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Shared | In-Person Meeting |
| 467 | Sunday, May 21, 2023 | 12:00 AM | New York City | Read 14 Characteristics, shared | |
| 468 | Monday, May 22, 2023 | 8:45 PM | Hollywood, The Village | Read The Promises, Shared | |
| 469 | Tuesday, May 23, 2023 | 7:30 PM | Orange County | Shared | |
| 470 | Wednesday, May 24, 2023 | 7:30 PM | Hollywood, The Village | **GAVE LONG SHARE** | In-Person Meeting |
| 471 | Friday, May 26, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book | |
| 472 | Saturday, May 27, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Read from Hope and Recovery, Shared | In-Person Meeting |
| 473 | Tuesday, May 30, 2023 | 7:30 PM | Orange County | Leader of Meeting, Shared | |
| 474 | Wednesday, May 31, 2023 | 7:30 PM | Hollywood, The Village | Read Statement on Service and Sponsorship, Shared | In-Person Meeting |
| 475 | Friday, June 2, 2023 | 6:30 PM | Silverlake | Shared | |
| 476 | Saturday, June 3, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Shared | In-Person Meeting |
| 477 | Sunday, June 4, 2023 | 10:00 PM (EDT) | New York City | Shared | |
| 478 | Monday, June 5, 2023 | 8:45 PM | Hollywood, The Village | Read "How it Works", shared | |
| 479 | Tuesday, June 6, 2023 | 8:00 PM | Orange County | Served as Audio-Visual Person, Shared | |
| 480 | Wednesday, June 7, 2023 | 7:30 PM | Hollywood, The Village | Read 12 Suggested Steps, Shared | In-Person Meeting |
| 481 | Friday, June 9, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 482 | Saturday, June 10, 2023 | 12:00 PM | Hollywood, The Village | **GAVE LONG SHARE** | In-Person Meeting |
| 483 | Sunday, June 11, 2023 | 10:00 PM (EDT) | New York City | Shared | |
| 484 | Monday, June 12, 2023 | 6:15 PM | Fairfax Senior Center | Read 12 suggested steps, shared | |
| 485 | Tuesday, June 13, 2023 | 8:00 PM | Orange County | Read 14 Characteristics, Shared | |
| 486 | Wednesday, June 14, 2023 | 7:30 PM | Hollywood, The Village | Read Statement on Service and Sponsorship, Shared, served as spiritual timer | In-Person Meeting |
| 487 | Thursday, June 15, 2023 | 10:00 PM (EDT) | New York City | Read 14 characteristics, Shared | |
| 488 | Friday, June 16, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 489 | Saturday, June 17, 2023 | 12:00 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 490 | Monday, June 19, 2023 | 8:45 PM | Hollywood, The Village | Leader of Meeting | |
| 491 | Tuesday, June 20, 2023 | 8:00 PM | Orange County | Read 14 Characteristics, Shared | |
| 492 | Wednesday, June 21, 2023 | 7:30 PM | Hollywood, The Village | Leader of Meeting, Read Statement on Service and Sponsorship, Shared | In-Person Meeting |
| 493 | Friday, June 23, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 494 | Saturday, June 24, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, AudioVisual Person, Shared | In-Person Meeting |
| 495 | Tuesday, June 27, 2023 | 8:00 PM | Orange County | Leader of Meeting, Shared | |
| 496 | Wednesday, June 28, 2023 | 7:30 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 497 | Friday, June 30, 2023 | 6:30 PM | Silverlake | Read SCA Statement of Purpose, read from Big Blue Book, shared | |
| 498 | Saturday, July 1, 2023 | 12:00 PM | Hollywood, The Village | Read SCA Statement of Purpose Shared | In-Person Meeting |
| 499 | Monday, July 3, 2023 | 8:45 PM | Hollywood, The Village | Read "The Promises" | |
| 500 | Tuesday, July 4, 2023 | 8:00 PM | Orange County | Read 14 Characteristics, shared | |
| 501 | Wednesday, July 5, 2023 | 7:30 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 502 | Friday, July 7, 2023 | 6:30 PM | Silverlake | Did not share; time ran out | |
| 503 | Saturday, July 8, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting | In-Person Meeting |
| 504 | Sunday, July 9, 2023 | 10:00 PM (EST) | New York City | Shared | |
| 505 | Tuesday, July 11, 2023 | 8:00 PM | Orange County | Read SCA Statement of Purpose, Shared | |
| 506 | Wednesday, July 12, 2023 | 7:30 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 507 | Friday, July 14, 2023 | 6:30 PM | Silverlake | Read SCA Statement of Purpose, Read from Big Blue Book, Shared | |
| 508 | Saturday, July 15, 2023 | 12:00 PM | Hollywood, The Village | Read "Acceptance Prayer", Shared | In-Person Meeting |
| 509 | Sunday, July 16, 2023 | 10:00 PM (EDT) | New York City | Read 14 Characteristics, shared | |
| 510 | Tuesday, July 18, 2023 | 8:00 PM | Orange County | Read 14 Characteristics, Shared | |
| 511 | Wednesday, July 19, 2023 | 7:30 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 512 | Friday, July 21, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book | |
| 513 | Saturday, July 22, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Shared | In-Person Meeting |
| 514 | Sunday, July 23, 2023 | 10:00 PM (EDT) | New York City | Read 12 Suggested Steps, Shared | |
| 515 | Monday, July 24, 2023 | 8:45 PM | Hollywood, The Village | Read "How it Works" | |
| 516 | Tuesday, July 25, 2023 | 8:00 PM | Orange County | Read SCA Statement of Purpose, Shared | |
| 517 | Wednesday, July 26, 2023 | 7:30 PM | Hollywood, The Village | Read Statement on Service and Sponsorship, Shared | In-Person Meeting |
| 518 | Friday, July 28, 2023 | 6:30 PM | Silverlake | Read Statement of Purpose, Read Closing Statement | |
| 519 | Saturday, July 29, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Shared | In-Person Meeting |
| 520 | Saturday, July 29, 2023 | 1:30 PM | Hollywood, The Village | Workshop: Honesty in Recovery; shared | In-Person Meeting |
| 521 | Sunday, July 30, 2023 | 10:00 PM (EDT) | New York City | Shared | |
| 522 | Tuesday, August 1, 2023 | 8:00 PM | Orange County | Leader of Meeting, Acting Secretary of Meeting, Shared | |

EXHIBIT H
PAGE 12

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 523 | Wednesday, August 2, 2023 | 7:30 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 524 | Friday, August 4, 2023 | 6:30 PM | Silverlake | Volunteered to Share; unable due to lack of time | |
| 525 | Saturday, August 5, 2023 | 12:00 PM | Hollywood, The Village | Read 14 Characteristics, Shared | In-Person Meeting |
| 526 | Sunday, August 6, 2023 | 10:00 PM (EST) | New York City | Read 12 Suggested Steps, Shared | |
| 527 | Monday, August 7, 2023 | 8:45 PM | Hollywood, The Village | Read "The Promises" | |
| 528 | Tuesday, August 8, 2023 | 8:00 PM | Orange County | Leader of Meeting, Shared | |
| 529 | Wednesday, August 9, 2023 | 7:30 PM | Hollywood, The Village | Shared | In-Person Meeting |
| 530 | Friday, August 11, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book, Read Tools of the Program | |
| 531 | Saturday, August 12, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Acting Treasurer of Meeting, Read from Big Blue Book, Shared | In-Person Meeting |
| 532 | Sunday, August 13, 2023 | 10:00 PM (EDT) | New York City | Attempted to share; ran out of time. | |
| 533 | Tuesday, August 15, 2023 | 8:00 PM | Orange County | Read the Tools of the SCA program, shared | |
| 534 | Wednesday, August 16, 2023 | 7:30 PM | Hollywood, The Village | Read the 14 characteristics, shared | In-Person Meeting |
| 535 | Friday, August 18, 2023 | 6:30 PM | Silverlake | Read SCA Statement of Purpose, Read from Big Blue Book | |
| 536 | Saturday, August 19, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Shared | In-Person Meeting |
| 537 | Monday, August 21, 2023 | 8:45 PM | Hollywood, The Village | **GAVE LONG SHARE** | |
| 538 | Tuesday, August 22, 2023 | 8:00 PM | Orange County | Read Tools of the SCA Program | |
| 539 | Friday, August 25, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book | |
| 540 | Saturday, August 26, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Read from Big Blue Book, Shared | In-Person Meeting |
| 541 | Monday, August 28, 2023 | 8:45 PM | Hollywood, The Village | Read "How it Works", shared | |
| 542 | Tuesday, August 29, 2023 | 8:00 PM | Orange County | Read 14 Characteristics, Read today's affirmation from Answers in the Heart, Shared | |
| 543 | Wednesday, August 30, 2023 | 7:30 PM | Hollywood, The Village | **GAVE LONG SHARE, Read Statement on Service and Sponsorship** | In-Person Meeting |
| 544 | Friday, September 1, 2023 | 6:30 PM | Silverlake | Read Statement of Purpose, Shared | |
| 545 | Saturday, September 2, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Shared | In-Person Meeting |
| 546 | Sunday, September 3, 2023 | 10:00 PM (EST) | New York City | Read 14 Characteristics, Shared | |
| 547 | Monday, September 4, 2023 | 8:45 PM | Hollywood, The Village | Read "The Promises" | |
| 548 | Tuesday, September 5, 2023 | 8:00 PM | Orange County | Leader of Meeting, Shared | |
| 549 | Wednesday, September 6, 2023 | 7:30 PM | Hollywood, The Village | Read SCA Statement of Purpose Shared | In-Person Meeting |
| 550 | Friday, September 8, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 551 | Saturday, September 9, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Shared | In-Person Meeting |
| 552 | Sunday, September 10, 2023 | 10:00 PM (EST) | New York City | Read 14 Characteristics, shared | |
| 553 | Tuesday, September 12, 2023 | 8:00 PM | Orange County | Read 14 Characteristics, Read from Answers in the Heart, Read from Big Blue Book, served as Audio-Visual Person, Shared | |
| 554 | Friday, September 15, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book, Shared | |
| 555 | Saturday, September 16, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Shared | In-Person Meeting |
| 556 | Sunday, September 17, 2023 | 10:00 PM (EDT) | New York City | Read 12 Suggested Steps, Shared | |
| 557 | Monday, September 18, 2023 | 8:45 PM | Hollywood, The Village | Attempted to share; ran out of time. Read closing statement | |
| 558 | Tuesday, September 19, 2023 | 7:30 PM | Orange County | Leader of Meeting, Read affirmation from Answers in the Heart, Read from Big Blue Book, Shared | In-Person Meeting |
| 559 | Wednesday, September 20, 2023 | 7:30 PM | Hollywood, The Village | Read 14 Characteristics, Shared | |
| 560 | Friday, September 22, 2023 | 6:30 PM | Silverlake | Read from Big Blue Book | |

| Meeting Number | Date | Time | Location | Comments | |
|---|---|---|---|---|---|
| 561 | Saturday, September 23, 2023 | 12:00 PM | Hollywood, The Village | Leader of Meeting, Read from Big Blue Book, Shared | In-Person Meeting |
| 562 | Monday, September 25, 2023 | 8:45 PM | Hollywood, The Village | Shared | |