# EXHIBIT J
# PROJECT ANGEL FOOD VOLUNTEER HOURS

# Project AngelFood Volunteering Dates

**Gary Goulin**

| Date | Shift | Location | # Hours | |
|---|---|---|---|---|
| 12/26/2021 | 1:30-4 | Kitchen | 2.5 | |
| 1/2/2022 | 1:30-4 | Kitchen | 2.5 | |
| 1/9/2022 | 1:30-4 | Kitchen | 2.5 | |
| 1/16/2022 | 1:30-4 | Kitchen | 2.5 | |
| 2/13/2022 | 1:30-4 | Kitchen | 2.5 | |
| 2/17/2022 | 1:30-4 | Kitchen | 2.5 | |
| 2/27/2022 | 1:30-4 | Kitchen | 2.5 | |
| 3/7/2022 | 1:30-4 | Kitchen | 2.5 | |
| 3/17/2022 | 1:30-4 | Telephone Reach-Out Event | 2.5 | |
| 3/21/2022 | 1:30-4 | Kitchen | 2.5 | |
| 4/4/2022 | 1:30-4 | Kitchen | 2.5 | |
| 4/18/2022 | 1:30-4 | Kitchen | 2.5 | |
| 4/25/2022 | 1:30-4 | Kitchen | 2.5 | |
| 5/10/2022 | 1:30-4 | Kitchen | 2.5 | |
| 5/16/2022 | 1:00 - 4 | Kitchen | 3 | **New kitchen hours |
| 5/23/2022 | 1:00 - 4 | Kitchen | 3 | |
| 6/6/2022 | 1:00 - 4 | Kitchen | 3 | |
| 6/21/2022 | 1:00 - 4 | Kitchen | 3 | |
| 6/29/2022 | 2:00 - 4 | Kitchen | 2 | late due to auto accident |
| 7/5/2022 | 1:00 - 4 | Kitchen | 3 | |
| 7/18/2022 | 1:00 - 4 | Kitchen | 3 | |
| 7/25/2022 | 1:00 - 4 | Kitchen | 3 | |
| 8/8/2022 | 1:00 - 4 | Kitchen | 3 | |
| 8/15/2022 | 1:00 - 4 | Kitchen | 3 | |
| 8/22/2022 | 1:00 - 4 | Kitchen | 3 | |
| 9/6/2022 | 1:00 - 4 | Kitchen | 3 | |
| 9/19/2022 | 1:00 - 4 | Kitchen | 3 | |
| 10/10/2022 | 1:00 - 4 | Kitchen | 3 | |
| 10/17/2022 | 1:00 - 4 | Kitchen | 3 | |
| 10/24/2022 | 1:00 - 4 | Kitchen | 3 | |
| 10/31/2022 | 1:00 - 4 | Kitchen | 3 | |
| 11/7/2022 | 1:00 - 4 | Kitchen | 3 | |
| 11/14/2022 | 1:00 - 4 | Kitchen | 3 | |
| 11/28/2022 | 1:00 - 4 | Kitchen | 3 | |
| 12/5/2022 | 1:00 - 4 | Kitchen | 3 | |
| 12/12/2022 | 1:00 - 4 | Kitchen | 3 | |
| 12/19/2022 | 1:00 - 3 | Kitchen | 2 | closed early for event |

| Date | Shift | Location | # Hours | |
|---|---|---|---|---|
| 12/27/2022 | 1:00 - 4 | Kitchen | 3 | |
| 1/9/2023 | 1:00 - 4 | Kitchen | 3 | |
| 1/24/2023 | 1:00 - 4 | Kitchen | 3 | |
| 1/30/2023 | 1:00 - 4 | Kitchen | 3 | |
| 2/8/2023 | 1:00 - 4 | Kitchen | 3 | |
| 2/13/2023 | 1:00 - 4 | Kitchen | 3 | |
| 2/22/2023 | 1:00 - 4 | Kitchen | 3 | |
| 3/3/2023 | 1:00 - 4 | Kitchen | 3 | |
| 3/6/2023 | 1:00 - 4 | Kitchen | 3 | |
| 3/13/2023 | 1:00 - 4 | Kitchen | 3 | |
| 3/20/2023 | 1:00 - 4 | Kitchen | 3 | |
| 3/28/2023 | 1:00 - 4 | Kitchen | 3 | |
| 4/10/2023 | 1:00 - 4 | Kitchen | 3 | |
| 4/18/2023 | 1:00 - 4 | Kitchen | 3 | |
| 4/24/2023 | 1:00 - 4 | Kitchen | 3 | |
| 5/1/2023 | 1:00 - 4 | Kitchen | 3 | |
| 5/8/3034 | 1:00 - 4 | Kitchen | 3 | |
| 5/22/2023 | 1:00 - 4 | Kitchen | 3 | |
| 5/30/2023 | 1:00 - 4 | Kitchen | 3 | |
| 6/5/2023 | 1:00 - 4 | Kitchen | 3 | |
| 6/12/2023 | 1:00 - 4 | Kitchen | 3 | |
| 6/20/2023 | 1:00 - 4 | Kitchen | 3 | |
| 7/3/2023 | 8:00 - 12:00 | Kitchen | 4 | |
| 7/14/2023 | 1:00 - 4 | Kitchen | 3 | |
| 7/25/2023 | 8:00 - 12:00 | Kitchen | 4 | |
| 8/1/2023 | 1:00 - 4 | Kitchen | 3 | |
| 8/3/2023 | 8:00 - 11:00 | Usher for Special Event | 3 | |
| 8/7/2023 | 1:00 - 4 | Kitchen | 3 | |
| 8/14/2023 | 1:00 - 4 | Kitchen | 3 | |
| 8/21/2023 | 1:00 - 4 | Kitchen | 3 | |
| 8/28/2023 | 1:00 - 4 | Kitchen | 3 | |
| 9/5/2023 | 1:00 - 4 | Kitchen | 3 | |
| 9/11/2023 | 1:00 - 4 | Kitchen | 3 | |
| 9/19/2023 | 1:00 - 4 | Kitchen | 3 | |
| 9/25/2023 | 1:00 - 4 | Kitchen | 3 | |
| | | | | |
| **TOTAL HOURS** | | | 209 | |