# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | LA CR 22-00476-MEMF |
| Date | October 13, 2023 |

Present: The Honorable  Maame Ewusi-Mensah Frimpong, United States District Judge

Interpreter  n/a

| Kelly Davis | Marea Woolrich | Sarah Lee |
|---|---|---|
| Courtroom Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gary David Goulin | X | | X | Mark Werksman and Karen Sosa | X | | X |

**PROCEEDINGS:** SENTENCING (Not Held; Continued)

Case called. The Court confers with counsel. The Court rejects the plea agreement. Government counsel requests a continuance of the Sentencing date. The Court orders counsel to meet and confer and file a Joint Status Report, by October 20, 2023, as to how to they wish to proceed with this matter.

At the hearing, Defense Counsel identified proposed corrections to Paragraph 80 of the Presentence Report. Defense Counsel is ORDERED to meet and confer with the Government and file, by October 20, 2023, a Memorandum outlining the proposed corrections for USPPO to consider.

Initials of Deputy Clerk: kd

: 47