Mark J. Werksman, Esq. (State Bar No. 120767)
Karen M. Sosa, Esq. (State Bar No. 269429)
**WERKSMAN JACKSON & QUINN LLP**
888 West Sixth Street, Fourth Floor
Los Angeles, California  90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: mwerksman@werksmanjackson.com

Attorneys for Defendant
GARY GOULIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>GARY GOULIN,<br><br>             Defendant | CASE NO.: 22-CR-00476-MEMF<br><br>**MEMORANDUM REQUESTING MODIFICATION TO THE REVISED PRE-SENTENCE REPORT** |

    Defendant Gary Goulin, by and through his counsel, WERKSMAN JACKSON & QUINN LLP, (hereinafter "Defendant") files this Memorandum in support of his request that the Court note two modifications to the Revised Pre-Sentence Report (ECF Doc. No. 39). Per the Court's order, the parties have met and conferred on these requests.

    First, Paragraph 80 of the Revised PSR states: "Goulin's specific benzodiazepines of choice are Ambien, Zampoten, and Clozapine." This should be modified to read: "Goulin's specific benzodiazepines of choice are Ambien

1

(Zolpidem) and Clonazepam." Clozapine is an antipsychotic for treating schizophrenia, which Mr. Goulin has never taken. Clonazepam is the generic name for Klonopin, a common benzodiazepine which Mr. Goulin has been prescribed. There is no such drug as Zampoten. Rather, this should indicate Zolpidem, the generic name for Ambien. Mr. Goulin has notified the United States Probation Officer of this modification. The government does not oppose this modification.

      Second, Mr. Goulin requests that his entire statement, Exhibit A of his sentencing memorandum (ECF Doc. No. 36), be incorporated as part of the Pre-Sentence Report. His statement may be useful to the Bureau of Prisons in evaluating his suitability for programming. The government opposes this modification because the content of Mr. Goulin's statement is unverified and defendant statements are not a standard feature of the PSR. They maintain that an exception should not be made for Mr. Goulin.

      Mr. Goulin respectfully asks that the Court accept these modifications to the Revised Pre-Sentence Report.

October 18, 2023

Respectfully submitted,

_____
Mark J. Werksman
Karen M. Sosa
Attorneys for Defendant Gary Goulin