**Mark J. Werksman, Esq. (State Bar No. 120767)**
**Karen M. Sosa, Esq. (State Bar No. 269429)**
**WERKSMAN JACKSON & QUINN LLP**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanjackson.com**

**Attorneys for Defendant**
GARY GOULIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) **CASE NO.: 22-CR-00476-MEMF** |
| Plaintiff, | ) **SUPPLEMENTAL SENTENCING** |
| | ) **MEMORANDUM** |
| vs. | ) |
| | ) |
| GARY GOULIN, | ) |
| Defendant | ) |

Defendant Gary Goulin, by and through his counsel, WERKSMAN JACKSON & QUINN LLP, (hereinafter "Defendant") files this Supplemental Memorandum to clarify an issue that arose at the sentencing hearing on October 13, 2023.

In his presentation to the Court, defense counsel stated that only a small portion of the pornographic material at issue involved children. The Government replied that, of the 61 discs that contained child pornography, the discs were almost exclusively child pornography. The Court asked for clarification about this apparent factual dispute between the parties.

1

1    The defense does not dispute that of the 61 discs containing child
2  pornography, each disc was largely if not entirely child pornography. The point
3  defense counsel was making was that those 61 discs were only a fraction of the
4  pornographic material collected from Mr. Goulin's home. Attached as Exhibit A is
5  the Los Angeles Police Department Property Receipt from the search of Mr.
6  Goulin's home. Item 21 on the property receipt is the 61 discs containing child
7  pornography, which were recovered from under Mr. Goulin's bed.  Item 22 is 225
8  other DVDs collected from Mr. Goulin's home, which also contained pornography
9  but none involving children. Thus, of the 286 discs of pornography in Mr. Goulin's
10  possession, only about 20% constituted child pornography.

11    The was a minor factual point that defense counsel thought was worth
12  mentioning, and given the Court's inquiries, it seemed appropriate to clarify ahead
13  of the next sentencing hearing.

15  November 20, 2023                Respectfully submitted,

17                                   _Mark Werksman_
                                     _____
18                                   Mark J. Werksman
19                                   Karen M. Sosa
20                                   Attorneys for Defendant Gary Goulin

# EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Los Angeles Police Department | | | | EVIDENCE | CONTINUATION or | ARREST or | PIR, FACE SHEET, or COMPLETE THIS FORM. |

**PROPERTY REPORT**

Page 1 of 2

| | | TOTAL U.S. CURR. BKD. | EVID. | NON-EVID. | IF RELATED TO PREV BKD EVID, USE THAT DR | |
|---|---|---|---|---|---|---|
| NARC | FIREARM ☑ SEARCH ☑ MONEY | | ☑ ONLY 1 CATEGORY PER REPORT | | DR 21-07-15108 | |

| DATE AND TIME OF THIS REPORT | DATE PROPERTY BKD. | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO (IN THIS CASE COMPLETE ENTIRE REPORT) | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|---|
| 11/04/2021    1600 | 11/04/2021 | | |

| RESIDENCE ADDRESS | ARRESTEE ☑ EVID. CONT. OF ARREST REPORT. | DOB | CHARGE BKD. DR |
|---|---|---|---|
| 8333 W 4th Street | Goulin, Gary David | 02/04/1961 | |
| Los Angeles      CA    90048 | | | BKG. #    6272600 |

| RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS) | VICTIM    ☐ EVID. CONT. OF PIR (IF NO ARRESTEE) | | R - |
|---|---|---|---|
| | | | B - |

| RESIDENCE ADDRESS | ☐ OWNER OR IF UNKNOWN    ☐ FINDER/POSSESSOR | R - |
|---|---|---|
| | | B - |

| AREA OR CITY, & DATE CRIME OCCUR. | TYPE OF PREMISES | DEPT. EMPLOYEE IF BOOKED TO | SERIAL NO. | DIVISION | IF FIREARM, CRT CHECKS: |
|---|---|---|---|---|---|
| 0722    06/01/2020 | Single Family | | | | AFS          NCIC |
| | | | | | YES ☐ NO ☑  YES ☐ NO ☑ |

| IS THIS STOLEN PROPERTY? | PROBABLE CRIME | DATE & TIME PROP. FOUND TAKEN INTO POLICE CUSTODY - LOCATION | RD, OR CITY IF OUTSIDE |
|---|---|---|---|
| ☐ YES ☑ NO | 311.11(A) PC ☑ FELONY ☐ MISD | 11/04/2021    7:00    8333 W 4th Street, Los Angeles 90048 | 0722 |

| IS THIS FOUND PROPERTY? | DATE & TIME FOUND PROPERTY DISCOVERED | -LOCATION DISCOVERED- | RD, OR CITY IF OUTSIDE |
|---|---|---|---|
| ☐ YES ☑ NO | | | |

| INVESTIGATIVE UNIT | PROP. BKD. AT | NOTIFICATIONS - PERSONS & UNITS | CONNECTING REPORTS - TYPE & DR |
|---|---|---|---|
| Juvenile Division | Harbor Div | | Arrest Report Same DR# |

Use of Evidence Continuation: Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.

1. CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10.10.00 NOT ISSUED.  GIVE RESULTS OF CRT CHECKS ON FIREARMS.
2. ITEMIZE PROPERTY. (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY. IF RELATED TO PREVIOUSLY BKD. EVIDENCE, START WITH NEXT SEQUENTIAL ITEM NUMBER.)
3. IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL?    YES ☐ NO ☑    YES, LIST ITEM #'S ____    ENSURE AN EXTRA COPY IS
- FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS. FOR INPUT INTO APIMS. IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10.06.00, AND FORWARD IT TO THE PDC FOR INPUT INTO APIMS.

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT/ UNITS | MODEL NO./DRUG TEST RESULT | MISC. COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|

On November 4, 2021, a residential search warrant was executed at the above listed address pursuant to a possession of child pornography investigation. The following items of property, owned by Gary David Goulin, were found to contain evidence of child sexual abuse material or have yet to be previewed/examined due to quantity. Items 1-24 were recovered from Goulin's bedroom. Items 25-33 were recovered from the middle bedroom. Items 34 and 35 were recovered from the office.

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. |
|---|---|---|---|---|---|---|
| 1 | 1 | Cell phone | | Apple | A1502 | Blue iPhone, pin code 2492 |
| 2 | 1 | Tablet | DMPDH2L7NRC9 | Apple | A2228 | Silver iPad |
| 3 | 1 | Laptop computer | C02XC75VJGH5 | Apple | A1990 | Silver laptop, with power cord |
| 4 | 1 | Watch | | Apple | | Blk in color wth blk band, with 3 wht chargers |
| 5 | 1 | Ext Hard Drive | NL381V5H | Porsche Design | LRD0PS2 | Silver in color, 4 TB with cord |
| 6 | 1 | Ext Hard Drive | SDSSDE60 | SanDisk | 2T00 | Blk in color, 2 TB with cord, "Gary's Photos" |
| 7 | 1 | Thumb Drive | D33724 | SanDisk | SDCZ88-128G | Silver/Blk in color, 128GB, Extreme Pro |
| 8 | 1 | Thumb Drive | BR210458047W | SanDisk | SDCZ48-512G | Blk in color, 512 GB, Ultra |
| 9 | 1 | Thumb Drive | | SanDisk | | Silver/Gray in color |
| 10 | 1 | Thumb Drive | | SanDisk | | Blue in color, 512 GB |

| Preliminary Drug Test | SUPERVISOR/INVESTIGATING OFFICER TESTING | SERIAL NO. | WITNESSING OFFICER | SERIAL NO. |
|---|---|---|---|---|

| Search Warrant Info | DATE | ISSUED BY JUDGE | COURT NO. |
|---|---|---|---|
| | 11/01/2021 | Laura Laesecke | 19 |

| SUPERVISOR APPROVING | SERIAL NO. | 10.10.00 ISSUED? YES ☑ NO ☐ | REPORTING EMPLOYEE(S) | SERIAL NO. 35698 | DIV. | DETAIL | PERSON REPORTING (SIGNATURE) |
|---|---|---|---|---|---|---|---|
| | | | C. Monterroso | | Juv | ICAC | |
| DATE & TIME REPRODUCED | DIVISION | CLERK | | | | | X |

10.01.00 (03/12)    INC #    21110400000519

Case 2:22-cr-00476-MEMF   Document 52   Filed 11/20/23   Page 5 of 5   Page ID #:145 168

DR NO. 2100

# PROPERTY REPORT

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST. INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| 11 | 1 | Ext Hard Drive | NA9C7L0Q | Seegate | SRD00F1 | Blk/Silver in color, 2 TB, with blk cord |
| 12 | 2 | Ext Hard Drives | | SanDisk | SDSSDE60-500G | Blk/Red in color, 500 GB, with cords |
| 13 | 1 | Memory Card | | SanDisk | | Blk/Orange in color, 32 GB |
| 14 | 1 | Memory Card | | SanDisk | | Blk/Orange in color, 64 GB |
| 15 | 1 | Tablet | 91W0111000255 | Wacom | PTH-460 | Blk in color, with charger |
| 16 | 1 | Thumb Drive | | Crucial | | Blk in color |
| 17 | 1 | Camera | 072021001471 | Cannon | DS126836 | Blk in color, EOS R5, with blk strap/lens cap |
| 18 | 2 | Memory Cards | BQ2035453050Y | SanDisk | 2040EZ | Blk in color, 256 GB, were in item 17 |
| 19 | 1 | Ext Hard Drive | NA9EDT7M | Seagate | SRD00F1 | Red/Blk in color, 2 TB |
| 20 | 1 | Ext Hard Drive | | SanDisk | SDSSDE80-1T00 | Blk/Orange in color,1 TB, with cord |
| 21 | 61 | DVD's | | Verbatim | | Unmarked DVD's in clear plastic bag |
| 22 | 225 | DVD's | | Various | | Unmarked DVD's in 2 clear plastic bags |
| 23 | 1 | Ext Hard Drive | WCC7K6ZJVD4F | Western Digital | | White/Gray in color, with power cord |
| 24 | 1 | Thumb Drive | | Lexar | | Silver in color |
| 25 | 1 | Thumb Drive | | BW | | White in color |
| 26 | 1 | Thumb Drive | | A Data | UV128 | Blk/Yellow in color, 64 GB |
| 27 | 1 | Memory Card | | Crucial Technology | BL11114.KN | Blk/Blue in color, 128 GB |
| 28 | 1 | SD Card | B11015216028G | Transcend | | Blue in color, 8 GB |
| 29 | 1 | Ext Hard Drive | JH2426M | Firelite | FWFL30 | Silver in color, 30 GB, "Sandy's itunes" |
| 30 | 1 | iPad | GB012RRWZ3A | Apple | A1219 | Silver in color |
| 31 | 9 | DVD's | | Various | | Various markings in clear plastic bag |
| 32 | 15 | DVD's/CD's | | Various | | Various markings in clear plastic bag |
| 33 | 1 | iMac Computer | D25TW1Q131GQ | Apple | A1419 | Silver in color, with power cord |
| 34 | 1 | Keyboard | | Apple | | Silver/White in color |
| 35 | 1 | Ext Hard Drive | NA9C7L4M | Seagate | 7RD00F1 | Silver/Blk in color, 2 TB, with cord |
| 36 | 1 | Ext Hard Drive | NA9DSG6W | Seagate | SRD00F1 | Blue/Blk in color, 2 TB, with cord |
| 37 | 1 | Ext Hard Drive | NA9B4CDT | Seagate | SRD00F1 | Silver/Blk in color, 1 TB, with cord |
| 38 | 1 | Ext Hard Drive | WX81A6142689 | Western Digital | WDBACX0010BBK | Blk in color, CD Library, with cord |
| 39 | 1 | Ext Hard Drive | WXP1A50X0556T | Western Digital | WDBABM0010BBK | Blk in color, 1 TB, with cord |
| 40 | 1 | Ext Hard Drive | WX61C50E4206T | Western Digital | WDBABM0010BBK | Blk in color, 1 TB, with cord |
| 41 | 1 | Ext Hard Drive | WXN1A38R1308 | Western Digital | WDBKYJ0020BSL | Silver/Blk in color, with cord |
| 42 | 1 | Ext Hard Drive | WX61E8531V9A | Western Digital | E2B | Silver in color, 2 TB, with cord |
| 43 | 1 | Ext Hard Drive | WXF1E26D7JHT | Western Digital | WDBEZW0020BSL | Silver/Blk in color, 2 TB, with cord |