E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SARAH S. LEE (Cal. Bar No. 311480)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7407
    Facsimile: (213) 894-0141
    E-mail:   sarah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:22-cr-00476-MEMF |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE REGARDING SENTENCING HEARING |
| v. | |
| GARY DAVID GOULIN, | Hearing Date: December 1, 2023<br>Hearing Time: 2:00 p.m.<br>Location:   Courtroom of the Hon. Maame Ewusi-Mensah Frimpong |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sarah S. Lee, hereby submits this notice of the government's intent not to file an amended sentencing position in advance of the sentencing hearing scheduled for December 1, 2023.

//

//

The government filed its sentencing position on September 29, 2023, (Dkt. 37), and maintains its Guidelines calculations and sentencing recommendation in its previously filed position.

Dated: November 27, 2023        Respectfully submitted,

                                        E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

                                        /s/
SARAH S. LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA