Mark J. Werksman, Esq. (State Bar No. 120767)
WERKSMAN JACKSON & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California  90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: mwerksman@werksmanjackson.com

**Attorney for Defendant**
GARY GOULIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>   Plaintiff, <br><br>   vs. <br><br> GARY GOULIN, <br>   Defendant | CASE NO.: 22-CR-00476-MEMF <br><br> **NOTICE OF INTENT TO NOT FILE AMENDED SENTENCING MEMORANDUM** |

Defendant Gary Goulin will not file any additional sentencing materials. Mr. Goulin intends to rely on the Sentencing Memorandum he filed on September 29, 2023, (ECF Doc No. 36), the Memorandum Requesting Modification to the PSR filed on October 18, 2023 (ECF Doc No. 43), and the Supplement filed on November 20, 2023 (ECF Doc No. 52), as well as any additional argument or evidence as may be presented at the sentencing hearing.

November 28, 2023                           Respectfully submitted,

*Mark Werksman*
_____

Mark J. Werksman
Attorney for Defendant Gary Goulin

1